# EXHIBIT E

| | |
|---|---|
| **From:** | Hakan G. |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Tuesday, December 9, 2025 6:26:06 AM |

**To the Honorable Judge ENGELMAYER,**

My name is Hakan GEDIKBAS, and I am submitting this statement as a victim who suffered severe financial and emotional harm as a result of the actions underlying this case. I live in Turkey, where economic conditions are extremely challenging, and savings require significant effort over long periods of time. I invested in Terraform products believing they were transparent, credible, and secure. When the collapse occurred, I lost the entirety of my investment. Money that I had spent years saving and can no longer realistically rebuild under current living conditions.The financial loss alone was devastating, but the emotional consequences were even worse. The shock of losing everything pushed me into a severe mental and emotional crisis. I reached a point where I felt completely hopeless, and my mental health deteriorated drastically. I experienced deep depression, constant anxiety, and overwhelming despair. ███████████████████████████████
This situation caused serious conflict within my mom and dad as well. The stress and financial pressure damaged relationships and created an environment of tension and fear. The collapse did not just take away my savings; it profoundly disrupted my life, my mental wellbeing, and my stability. I respectfully ask the Court to consider the real human impact of this crime on ordinary individuals like myself people who believed in the representations made by Terraform and had no way of foreseeing the fraud behind it. I hope the sentence reflects the seriousness of the harm inflicted and provides a sense of justice to the many victims who continue to struggle with the consequences.

Thank you for taking the time to consider my statement.

Sincerely,

HAKAN GEDIKBAS, ████████ Finished the Collage

TURKEY

| From: | Jordan Suchet |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Jordan Suchet"s Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| Date: | Tuesday, December 9, 2025 5:28:15 AM |
| Attachments: | DEB 24-10070 1139 – Exhibi.pdf |

Dear Judge Engelmayer,

My name is Jordan Suchet, and I am writing as a direct victim of the fraud orchestrated by Do Hyeong Kwon and Terraform Labs. As a French citizen and investor in my 30s, I acquired between March and early May 2022 a considerate amount of UST (TerraUSD), almost exclusively on Binance and via on-chain deposits to my Terra wallet ███████████████████████████, after I was convinced this cryptocurrency was safe and considered a stablecoin. These purchases and deposits are documented in my Binance trade history, deposit records and manual evidence templates previously filed with the Terraform Labs bankruptcy claims portal (Claimant Jordan Suchet).

Following the de-pegging event that began on 9 May 2022 and the complete collapse on 12–13 May 2022, the savings that were meant to secure my family's future and represented years of work were wiped out overnight, due to the deliberate misrepresentations and algorithmic manipulations revealed in this case. I estimate my loss to be around $40 000 USD.

This amount represented the big majority of my liquid crypto savings at the time and a significant portion of my overall financial reserves. The loss eliminated a multi-year investment plan, forced the postponement of a real-estate and family projects, as well as the reevaluation of my wedding.

The offence to which Mr Kwon has pleaded guilty directly caused these losses through the fraudulent misrepresentation of UST's mechanism and its ability to maintain parity with the U.S. dollar. A substantial prison sentence, combined with maximum practicable restitution orders, is warranted to reflect the scale of the harm inflicted on tens of thousands of individual investors who, like me, relied on those representations.

I respectfully request that the Court take this statement into account when determining the appropriate sentence on 11 December 2025.

I remain available for any information you might need that could support my claim, in the hope that justice is brought and compensations can be hoped for.

Respectfully and yours,

**Jordan Suchet**
████████████████████ (FRANCE)
████████████████████

| | |
|---|---|
| **From:** | Josef Hrňa |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon |
| **Date:** | Tuesday, December 9, 2025 4:51:03 AM |

Dear Judge Engelmayer and Ms. Defendre,

I am writing to submit my Victim Impact Statement regarding the sentencing of Do Hyeon Kwon. I am one of the many victims of the Terra/Luna collapse.

**The Impact on My Life:** The collapse of Terra/Luna has a really negative impact on my financial situation.

These funds were the result of savings and were intended for my retirement security and for my family's financial stability net.

The fraud committed by Do Kwon and Terraform Labs did not just take my money, it destroyed my trust and damaged my quality of life. I respectfully ask the Court to impose a sentence that reflects the severity of the harm caused to victims like myself.

**Administrative Note:** Please also note that I have already submitted my CLC form and all supporting documents proving my ownership and loss to the Plan Administrator in the past.

Thank you for hearing my voice.

Sincerely,

Josef Hrňa

| | |
|---|---|
| **From:** | 김주연 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement for the Sentencing of Do Hyeon Kwon |
| **Date:** | Tuesday, December 9, 2025 1:54:54 AM |

Dear Valeen Defendre,

Please find below my victim impact statement regarding the sentencing of defendant Do Hyeon Kwon.

—

**Victim Impact Statement**

Terraform Labs, under Do Hyeon Kwon's leadership, acted maliciously while pretending to act in good faith toward companies like the Orca Foundation, where I worked. They intentionally created UST and LUNA liquidity pools, which later fell sharply. As the prices of both tokens fell, every user who entrusted their funds to these pools—including the company—suffered severe financial losses.

Do Kwon did not only destroy the Terra blockchain ecosystem; he also caused irreparable damage to other blockchain communities such as Solana and Cosmos. Using his connections from Daewon Foreign Language High School and Stanford, he created as many pools and promotional opportunities as possible right before the collapse.

I personally deposited funds into these pools(Crescent/UST & Crescent/LUNA) and lost approximately $50,000. Terraform Labs aggressively promoted a 20% yield on UST deposits, attracting not only blockchain investors but also young adults and first-time savers who trusted the platform with their hard-earned money. Because they are backed by Hashed, the 1st VC in Korea.

In Korea, many individuals tragically lost their lives because of the financial devastation caused by this scheme. The consequences extended far beyond financial charts—families were destroyed, communities were harmed, and many victims have not been able to recover financially or emotionally.

Given the scale of the fraud, the intentional deception, and the irreversible harm inflicted on countless victims, I believe a 12-year sentence is appropriate. Even after serving such a sentence, Do Kwon will still have enough financial resources to live comfortably for the rest of his life. The victims, however, will not recover their lost assets—some have already lost their lives, and many others will carry the impact forever.

—

4

Thank you for your attention to my statement.
Please let me know if any additional information is required.


Sincerely,
Juyun Kim

| | |
|---|---|
| **From:** | Konstantin Gabev |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Notice of Sentencing of Do Hyeon Kwon on December 11, 2025 |
| **Date:** | Tuesday, December 9, 2025 1:56:07 AM |

Good day to all the popular ones! Dear Judge Engelmayer, distinguished guests. My name is Konstantin Gabev and I am from Bulgaria, Europe! I am one of the many victims of the defendant's financial machinations today. I am personally damaged after suffering a loss of 11,000 US dollars locked in the Kotva protocol in the form of stable coins UST. This loss reflects both the financial situation of my family and the mental state of my wife and I, who had a hard time experiencing the loss of these funds, trusting the Kotva protocol, which is owned by Terra, represented by the defendant. I hope that all the victims find justice! Have a nice day everyone!

**From:**      Luis Fernandez
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] statements
**Date:**      Tuesday, December 9, 2025 4:12:33 AM

Good morning,

`My name is Luis Fernández-Caballero, form Spain.` Because of my investment in Luna, I lost all my savings from the last 15 years of my life, more than $70,000. It had a significant impact on my personal life; ████████████████████████████████████████████. I had to postpone my niece's university studies and treatments for my wife, ██████████████████.

Thanks a lot for the oportunity

**From:** Lukas Tjokrowardojo
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] need help
**Date:** Tuesday, December 9, 2025 12:39:15 AM

I wish that i could get a full revaluation on the token at least @ $1 each, as im still currently holding the token and hoping that it will bounce back

**To Do Kwon,**

I'm not writing this to attack you.
I'm not writing to shame you.
I'm not even angry anymore.

I'm writing because I want you to know what really happened —
not from court papers,
not from legal statements,
but from a human being who lived through it.

I know that crypto often comes with risk.
It's fast, speculative, and unpredictable.
People play. People win. People lose.
That's part of the game.

But Luna wasn't that.
Luna collapsed like a building — with people still inside.
And no one told us we were standing on a fault line.

I lost almost everything I had.
– My savings.
– My hope.
– My sense of safety.
– My ability to sleep at night.

I had to learn how to breathe again without checking charts.
I had to teach my body that the world still existed — even if my account didn't.
I had to face my family and say: "This month, I can't help."
I had to forgive myself for trusting you.
And I did.

I don't want revenge.
I don't need a trial to feel better.

You were young.
You were brilliant.
You wanted to build something.
You believed it would work.

I understand that.
I even respect that.

But here's what I need you to understand:

There's a difference between failure and collapse.
Between taking a risk — and pulling others into an unseen disaster.
Between learning from your mistakes — and burying people inside them.

Because this wasn't just a startup fail.
It was a downfall with contempt for gravity.
The most dangerous people are often the ones who genuinely believe they're doing good —
even when everyone around them is burning.

9

You once said: *"Have fun staying poor."*
Now the world has laughed back — bitterly.
And sent you the ball.
This is not punishment.
This is a lesson — a loud, raw, undeniable lesson from the world.
Please don't miss it.

No matter what happens in court,
you already have your sentence:
You have to live with the knowledge that people lost money — and even their lives — because they
believed in your idea.
That's not a light burden.

This letter isn't here to condemn you.
It's here to tell you what it looked like from the other side.
That's all.

Magda

| From: | Magda Zielińska |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement - Do Kwon Case |
| Date: | Tuesday, December 9, 2025 12:34:53 AM |
| Attachments: | Letter to Do Kwon.pdf |

Dear Judge,

I am not here to ask for punishment. I am here to ask for recognition.

Do Kwon did not simply build a financial system. He built a narrative of hope. A story of freedom, decentralization, and visionary rebellion against traditional structures.

But what collapsed was not just code. Not just UST. What collapsed… was trust itself. That is the true currency victims lost. Not just USD. But the ability to believe in systems again. The ability to trust without paranoia.

 For me Do Kwon was not merely a blind geek or a conscious fraudster. He was a visionary in a mask – someone who fell in love with the idea of being a savior more than with the responsibility it required.

When things started collapsing, he didn't face the truth. He rebranded it. That's the startup god syndrome: "The system didn't fail – people just didn't understand its genius."

There are three scenarios: Either he was naïve - and let his messianic pride destroy lives. Or he was calculating  - and let greed disguise itself as innovation. Or maybe both. Somewhere in the middle. In all versions, real people paid.

I was one of them. And like many, I didn't just lose money. I lost time, energy and the sense of safety in this new world.

I'm not asking for revenge. Because  he already lives with a sentence:  the knowledge that people lost everything because they believed in his vision. The unbearable truth that some even took their lives. That's a weight no prison can match.

What I ask the Court for is something deeper:  to acknowledge a wound of narrative. Because that's what we carry. A betrayal not of wealth, but of meaning.

 For six years, I worked abroad in Iceland.  I did physical labor. From every paycheck, I saved a meaningful portion, thinking of a better tomorrow.

This was my life savings. Earned honestly, earned hard.

11

I knew that investing in crypto came with risk. I knew it was often a speculative, volatile space.
And I accepted that. Like thousands of others. But Luna wasn't just volatility. It was a system-wide failure. Everything collapsed within days – without any protective mechanisms. Not even seasoned traders were prepared for such a domino effect.

This wasn't just a market dip. It was a catastrophic design flaw, hidden beneath grand promises. That flaw cost me the savings of six years of hard physical labor.

Some people lost everything. Entire fortunes. Savings meant for their families, their children, their retirement. This wasn't "risky behavior." This was trust.

For me, the loss was painful – but not the end. I had a plan B. I stood up. I moved on.

But I speak also for those who couldn't. Who watched their foundation of safety disappear overnight. Please recognize that. Not just as a financial wound – but as a human one.

Attached you will find a letter I've written directly to Do Kwon. Please feel free to read it aloud to him if appropriate.

Thank you for taking the time to consider my voice.


Respectfully,

Magda Zielinska

| | |
|---|---|
| **From:** | Mathias Vandaele |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Judge Engelmayer - victim impact statement |
| **Date:** | Tuesday, December 9, 2025 2:25:55 AM |

Dear Your Honor,

First, I would like to thank you and all those involved for the considerable work dedicated to managing this case, which I recognize is far more complex than it may appear to observers.

I invested a significant portion of my life savings (USD 50,000) in the Terra Luna ecosystem, believing I had discovered a reliable way to generate returns. This decision was clearly a grave error on my part.
This loss has had significant consequences on my life. It has delayed important personal projects, and has required me to completely rebuild my financial stability from the ground up. Despite these setbacks, I remain determined to recover and move forward.

This experience, while financially devastating as it consumed nearly all of my savings, has been a harsh but valuable teacher. It has made me more vigilant and careful in my financial decisions. Though the loss has been painful, I have learned from this mistake and it has contributed to my personal growth.

I believe it is important that those responsible for this fraud be held accountable, not only for the financial harm caused but also for the breach of trust that affected so many investors worldwide. I trust in the Court's judgment to ensure appropriate consequences for these actions.

I appreciate your attention to this matter and your consideration of the impact these events have had on victims like myself.


Respectfully,
Mathias Vandaele
███████████████████
Belgium

| | |
|---|---|
| **From:** | Mathieu |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Terra Labs victim - CLC form submitted - Sentencing of Do Hyeon Kwon |
| **Date:** | Tuesday, December 9, 2025 5:11:23 AM |

**Dear Sir or Madam Judge,**

I have taken note of the upcoming announcement of the judgment of Mr. Do Kwon, former CEO of Terra Labs.

I am not a resident of the United States of America but of France. However, I would like to speak regarding my status as a victim in this case.

Unfortunately, I placed my trust in Mr. Do Kwon's company by purchasing LUNA tokens in 2021 and 2022, before the crash in value that we experienced and of which we were victims. Beyond the amount of money lost, this event had negative repercussions on my daily life and quality of life. I am still, to this day, affected by this event, carrying the bitterness of having been deceived and robbed.

I opened a claim file for the losses incurred on the KROLL platform (claim number: ███████████) in May 2025, but nothing has come of it so far. However, no recognition of psychosocial damages is taken into account, nor will they be compensated.

I sincerely hope that justice will be served and that Mr. Do Kwon will answer for and assume the consequences of his actions.
Thank you for delivering justice to all the individuals who have been affected by this case.

Please accept my most sincere regards.

**Mr. Mathieu MORANGE**

| | |
|---|---|
| **From:** | Mauro Gentile |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 4:19:41 AM |

Dear Judge Engelmayer,

my name is Mauro Gentile and I am a retail investor from Italy.
I am writing this email as a victim in the case *United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)*.

Because of Terraform and the fraud connected to this project, **I lost all the savings of an entire lifetime**.
Everything I had patiently put aside over the years – for my future, for my security, for my old age – disappeared in a very short time following the collapse of this scheme.

Today **I no longer have any savings for my future**.
I have had to completely change my plans for my life: my financial security is gone, my retirement prospects are uncertain, and I am forced to start over from scratch at an age where it is very hard to rebuild what was stolen from me.

This has had a **devastating impact** on me:

- Financially, because I lost the capital I had built over a lifetime of work and sacrifice.

- Emotionally and psychologically, because I live with constant anxiety about the future, with a deep sense of injustice and betrayal.

- In terms of trust, because I no longer feel safe investing or trusting financial products and markets the way I did before.

What hurts the most is knowing that this was not a "normal" investment loss or market risk, but the result of **fraudulent and deceptive behavior** that deliberately misled thousands of people like me.

For these reasons, I respectfully ask the Court to:

1. **Take into the utmost consideration the suffering and the irreversible damage** caused to me and to all the other victims.

2. **Impose a severe sentence** that reflects the gravity of the fraud and its enormous impact on ordinary people's lives.

3. Do everything within the Court's power to support **restitution efforts** for victims, so that at least part of the damage suffered may be compensated.

I trusted a project that was presented as solid, innovative and safe.
What I received in return was the destruction of my financial future.

Thank you for taking my statement into account in determining the sentence.

15

Respectfully,

**Mauro Nicola Gentile**

██████████

████████████████████

Italy

cell. █████████████

| From: | Mehdi Safari |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] statement- Do Hyeong Kwon |
| Date: | Monday, December 8, 2025 9:57:56 PM |
| Attachments: | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot(4).PDF |
| | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot(1).PDF |
| | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot.PDF |
| | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot(3).PDF |
| | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot(2).PDF |
| | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot(6).PDF |
| | Buy & Sell Bitcoin, Dogecoin, Litecoin _ CoinSpot(5).PDF |

# Victim Impact Statement — Mehdi Safari

**To:** The Honorable Judge Paul A. Engelmayer
**Re:** United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

Your Honor,

My name is **Mehdi Safari**, and I am writing to share how the collapse of LUNA and the Terra ecosystem — caused by the fraudulent actions of Do Hyeon Kwon — devastated my life, my wellbeing, and the future my partner and I were building.

In **May 2022**, I invested **approximately AUD 19,000** into LUNA. This was not spare money. It was a **significant portion of my life savings**, carefully set aside for years so that my partner and I could finally buy a home and build a stable future together.

I trusted Mr. Kwon. I trusted his confidence, his public reassurances, and his messages on social media in the exact period when I purchased LUNA. He repeatedly dismissed concerns, mocked critics, and insisted that the system was sound. His words gave me — and thousands of others — the sense that our money was safe.

## Financial Evidence of My Investment

My CoinSpot receipts show the extent of my commitment:

- **12 May 2022** — AUD 2,000 LUNC purchase

- **11 May 2022** — AUD 2,000 LUNC purchase

- **16 May 2022** — AUD 1,000 LUNC purchase

And because of Mr. Kwon's public assurances, I went further. I sold other assets to move even more into LUNA:

- Sale of THETA → LUNC valued at AUD 1,407.98

- Sale of DOGE → LUNC valued at AUD 1,388.37

- Sale of DOGE → LUNC valued at AUD 6,213.88 and AUD 6,231.33

All of this was gone within days. Everything I thought I was building collapsed instantly.

# Personal and Emotional Impact

The financial loss shattered my stability in ways I could never have imagined.

When my savings disappeared, my dream of buying a home vanished with it. Soon after, I was **forced out of my rental property**, and because of Australia's severe housing crisis at the time, I could not secure another place to live.

I found myself with **nowhere to go**.

I had to take **annual leave from my job** and leave Australia entirely. I went back to my home country and lived with my parents — not because I wanted to, but because I literally had no roof to sleep under. At a time in my life when I should have been moving forward, I felt like I had been thrown years backward.

Even after returning to Australia, I could only afford to rent a **single room** in a shared house. The stress, fear, and humiliation of losing everything so quickly left me suffering from **anxiety, depression, sleeplessness, and overwhelming emotional strain**. My work life deteriorated under the weight of these emotions.

I cannot fully express how destabilizing it is to lose both your financial security and your sense of dignity almost overnight.

# Impact on My Partner

My partner, who was a university student at the time, suffered alongside me. She had to take casual jobs just to help us cover basic expenses. We were both emotionally exhausted and financially frightened. The strain on our relationship was enormous.

We had been planning to buy a home together in 2022. Losing our savings meant delaying that dream by more than a year.

# Long-Term Consequences on Our Future

By the time we were finally able to resume house-hunting in **July 2023**, property prices in many parts of Australia — including regions where we were searching — had **risen significantly**. The market had recovered strongly despite earlier falls, and the delay meant that **homes we could once afford were now out of reach**.

This deepened the long-term consequences of the fraud. We were not simply recovering from a loss — we were pushed further behind, forced to chase a moving target that kept getting more expensive while we tried to rebuild.

# Why I Invested — Trust in Do Kwon's Promises

I bought LUNA specifically during the period when Mr. Kwon was loudly and publicly

18

reassuring investors. His tweets, interviews, and statements were full of certainty. He projected absolute confidence that Terra was stable and secure.

I believed him.
And because I believed him, I lost almost everything.

# What I Ask the Court

Your Honor, I ask that you consider not just the financial harm, but the **human pain** caused by these crimes — the displacement, the fear, the broken plans, the mental anguish, the relationships strained under sudden hardship.

I want Mr. Kwon to truly understand what his actions did to people like me — ordinary people who trusted him. His decisions tore apart the lives of countless victims whom he never met but whose futures he destroyed.

I ask the Court to impose a sentence that reflects the seriousness of this harm, and that acknowledges the very real suffering that my partner and I endured.

Thank you for taking the time to hear my story.

**Sincerely,**
**Mehdi Safari**

██████████████████████████████████████ .

███████████

 **CoinSpot**

Casey Block Services
ABN: ███████████

# Tax Invoice

**Date:** 12/05/2022

**To:** Mehdi Safari (████████████████)
████████████████████████
███████████████

| Qty | Description | Unit Price | GST | Total |
|---|---|---|---|---|
| 1,257.86163522 | BUY LUNC / AUD | AUD 1.57425743 | - | AUD 1,980.19801980 |
| 1 | Transaction Fee | AUD 18.00180018 | AUD 1.80018002 | AUD 19.80198020 |
| | | | | |
| | **Total amount payable (including GST):** | | | **AUD 2,000.00000000** |

20

 **CoinSpot**

Casey Block Services
ABN: ████████

# Tax Invoice

**Date:** 11/05/2022

**To:** Mehdi Safari (███████████████)

████████████████████████████
███████████████

| Qty | Description | Unit Price | GST | Total | AUD GST | AUI |
|---|---|---|---|---|---|---|
| 40,000.00000000 | SELL DOGE / LUNC | LUNC 0.00654365 | - | LUNC 261.74593172 | $ 0.00 | $ 6,213.88: |
| 1 | Transaction Fee | LUNC 2.37950847 | LUNC 0.23795085 | LUNC 2.61745932 | $ 5.64898439 | $ 62.138 |
| | **Total amount received (including GST):** | | | **LUNC 259.12847240** | | $ 6,151.744 |

* At the time of sale: 1 AUD = 0.04212277 LUNC

21


**CoinSpot**

Casey Block Services
ABN: ███████████

# Tax Invoice

**Date:** 16/05/2022

**To:** Mehdi Safari (███████████████)

████████████████████████████
████████████

| Qty | Description | Unit Price | GST | Total |
|---|---|---|---|---|
| 2,580,978.19073427 | BUY LUNC / AUD | AUD 0.00038361 | - | AUD 990.09900990 |
| 1 | Transaction Fee | AUD 9.00090009 | AUD 0.90009001 | AUD 9.90099010 |
| | | | | |
| | **Total amount payable (including GST):** | | | **AUD 1,000.00000000** |

 **CoinSpot**

Casey Block Services
ABN: ███████████

# Tax Invoice

**Date:** 11/05/2022

**To:** Mehdi Safari (█████████████████)

████████████████████████████
██████████████

| Qty | Description | Unit Price | GST | Total | AUD GST | AUD Tot |
|---|---|---|---|---|---|---|
| 570.00000000 | SELL THETA / LUNC | LUNC 0.15479018 | - | LUNC 88.23040380 | $ 0.00 | $ 1,407.977692: |
| 1 | Transaction Fee | LUNC 0.80209458 | LUNC 0.08020946 | LUNC 0.88230404 | $ 1.27997972 | $ 14.0797769 |
| | | | | | | |
| | **Total amount received (including GST):** | | | **LUNC 87.34809976** | | $ 1,393.897915: |

* At the time of sale: 1 AUD = 0.06266463 LUNC

23

 **CoinSpot**

Casey Block Services
ABN: ███████████

# Tax Invoice

**Date:** 11/05/2022

**To:** Mehdi Safari (███████████████████)

███████████████████████████

█████████████████

| Qty | Description | Unit Price | GST | Total | AUD GST | AUD T( |
|---|---|---|---|---|---|---|
| 8,930.00000000 | SELL DOGE / LUNC | LUNC 0.00931721 | - | LUNC 83.20268676 | $ 0.00 | $ 1,388.37010 |
| 1 | Transaction Fee | LUNC 0.75638806 | LUNC 0.07563881 | LUNC 0.83202687 | $ 1.26215464 | $ 13.88370 |
| | | | | | | |
| | **Total amount received (including GST):** | | | **LUNC 82.37065990** | | $ 1,374.486400 |

\* At the time of sale: 1 AUD = 0.05992832 LUNC

 **CoinSpot**

Casey Block Services
ABN: ███████████

# Tax Invoice

**Date:** 11/05/2022

**To:** Mehdi Safari (███████████████)

███████████████████████
██████████████

| Qty | Description | Unit Price | GST | Total | AUD GST | AU |
|---|---|---|---|---|---|---|
| 40,000.00000000 | SELL DOGE / LUNC | LUNC 0.00654052 | - | LUNC 261.62072174 | $ 0.00 | $ 6,231.33 |
| 1 | Transaction Fee | LUNC 2.37837020 | LUNC 0.23783702 | LUNC 2.61620722 | $ 5.66485326 | $ 62.31 |
| | | | | | | |
| | **Total amount received (including GST):** | | | **LUNC 259.00451452** | | $ 6,169.02§ |

* At the time of sale: 1 AUD = 0.04198467 LUNC

 **CoinSpot**

Casey Block Services
ABN: ████████

# Tax Invoice

**Date:** 11/05/2022

**To:** Mehdi Safari (████████████)

████████████████████
████████

| Qty | Description | Unit Price | GST | Total |
|---|---|---|---|---|
| 79.49125596 | BUY LUNC / AUD | AUD 24.91089109 | - | AUD 1,980.19801980 |
| 1 | Transaction Fee | AUD 18.00180018 | AUD 1.80018002 | AUD 19.80198020 |
| | | | | |
| | **Total amount payable (including GST):** | | | **AUD 2,000.00000000** |

26

**From:** Mehmet Akaydın
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL]
**Date:** Monday, December 8, 2025 11:03:42 PM

3004
Dear judge, I had a nightmare in 2022 and the person who made us go through is do kwon. We gave up at the last moment during the separation process with my wife, my mother and father, my brothers, all my ties were broken because this money was the money we saved to buy a house for my brothers, I still couldn't talk to my family because I was embarrassed and even ████████████, I couldn't do it because my wife was pregnant, we were going to have a baby, but I couldn't be happy, I took my joy away from me, now it will come out as a defendant, put your hand on your conscience, my financial loss was then two houses money, now I want them to cover my financial loss, I'm in a very difficult situation right now, please, let the judge, let justice find the place, it is not to cancel the applications we made because this is incomplete, if you

27

**From:**     Mehmet Ak
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] +
**Date:**     Monday, December 8, 2025 11:14:05 PM

Hello Satin Judge Engelmayer, I will tell you how my life suddenly turned upside down on May 10, 2022.The extraordinary volatility in the Luna price seemed like an opportunity at first, as you know, cryptocurrencies are very volatile.However, the truth of the matter would come out later. Suddenly, trillions of Luna coins were printed and transferred to the Binance Exchange, and tens of thousands of people, including me, were trading on Luna without knowing about this situation.Trillions of Luna coins were suddenly printed and quickly transferred to the Binance exchange, driving their price to almost zero. I had 406 Lunas that I bought at 31.88, approximately $12,943. However, because that money was earned during difficult times, I took out a bank loan to cover my losses, and as of December 9, 2025, I still owe approximately $20,000. I'm also struggling to repay my loan. With the support of my family, I came back from the brink of suicide.Unfortunately, there were many people who committed suicide. I feel sorry for them. You can query my Binance API number to get my real information: ███████ request compensation for my losses from 2022 to the present, Mr. Yargı. Respectfully, I am Mehmet AKINTI.

| | |
|---|---|
| **From:** | Mehmet Çınar |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon |
| **Date:** | Tuesday, December 9, 2025 5:40:31 AM |

Dear Ms. Defendre,

Please find below my Victim Impact Statement in connection with the United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) (Terraform Labs Fraud).

My name is Mehmet Çınar, and I am submitting this statement as an affected investor in the Terraform Labs matter. I incurred financial losses of approximately $110,000 due to investments in UST, which I had trusted as a stable and legitimate cryptocurrency product.

The impact of these losses has been profound and far-reaching. Personally, the loss has caused severe financial stress and uncertainty, affecting not only myself but also my family, including my spouse and two children. This situation has forced me to rethink and delay important financial decisions, and has significantly increased my anxiety and stress levels. Beyond the financial consequences, the loss has resulted in a deep sense of mistrust and a diminished confidence in making financial decisions, which has had a lasting emotional and psychological effect on me and my family.

The actions of the defendant have affected not only my financial security but also my overall sense of trust and stability. I respectfully request that the Court consider the full extent of the harm caused by the defendant's actions when determining sentencing.

I also respectfully request to be kept informed of any restitution or compensation proceedings related to this case.

Thank you for your time and consideration.

Sincerely,
Mehmet Çınar

███████████

The Netherlands

███████████

| | |
|---|---|
| **From:** | ████████████████ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Tuesday, December 9, 2025 4:55:53 AM |

Victim impact statement

Dear Sir,

My name is Milan Grba, I am one of many unfortunate people who are victims of Do Kwon.

But with me, whole of my family are victims too because we faced financial hardship and ruin as soon as collapse of Terra's UST happened.

I was aware that cryptocurrencies are risky investment so I placed most of our families money in supposedly safe bet - stablecoin. Because Serbian Banks are notoriously unsafe. History and my parents stories have taught me to keep savings abroad.
Those UST's were promised by him and his Terra organisation to return modest % in interest, just like in a Bank.. and it did start so. UST was marketed as something that should be pegged 1:1 to USD at all times, just like already existing USDT (Tether) and was to be guaranteed by many Bitcoins Do Kwon supposedly had as a collateral.

We lost nearly $90,000 and that is a lot of money I guess anywhere while here in Serbia is a real fortune.
Both of my children are students now but they're not able to study where and what they planned to because funding was lost.
We suffer immensely as a family, it rocked our inner unity too.
You occupy a powerful position and I'm not asking for severity.
Please be just in your sentencing and true to the law you represent.

Yours sincerely,
Milan Grba
██████
Serbia

| | |
|---|---|
| **From:** | Narsej Kac |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] My personal experience of Luna and Do Kwon |
| **Date:** | Tuesday, December 9, 2025 2:44:52 AM |

Dear Valeen,

Here is my personal experience of the whole thing and its consequences. I lost an incredible amount of money and even took out a loan that i am paying 230€ monthly which is now worth 0 but i would like you to know:

- nobody forced me to do so, i did my own due diligence about the project and knew about its shortfalls and possible scenarios (all the other algorithmic stable coins like UST went to 0). Knowing that, i still held my portfolio from 100$ Luna to 0$ luna. Why? I believed in the ecosystem and the decentralized finance.
- I think bad actors attacked the ecosystem when it was most fragile - liquidity pool migration. They attacked infrastructure which resulted in its downfall.
- I don't think Do Kwon did this. He had enough money, he had enough following and reputation and even named his daughter Luna. Defi technologies are highly experimental, There are hacks and loses everyday.
- The people (me included) who really lost in Terra Luna and UST were the people that were believers, the one who held from top to bottom and even bought more.


Sentencing Do kwon to prison would do nothing good for us holders and believers. Let him free and he can prove to rebuild the ecosystem again without fragile parts. Only that way we can be fully compensated for the losses. He is brilliant and can make us whole by doing the thing he excells at - development.

Best regards,

Narsej Kac from Slovenia, Europe

--

**Narsej Kac |** ████████████████
M.Sc in Informatics and Communication Technologies
E-mail: ████████████████

31

**From:**      Natchakarn S
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Request for Help Regarding Loss from UST/LUNA
**Date:**      Monday, December 8, 2025 8:49:17 PM

Dear Sir,

I am writing to you as one of the many people who were deeply affected by the collapse of UST and LUNA. I lost all of my savings that I had put into the chain. In the beginning, I trusted Do Kwon and believed in the project, so I invested everything I had into UST, thinking the 20% APY would help secure my future. But in the end, everything crashed. My entire life savings went to zero.

That moment was truly the darkest time of my life. I didn't know what to do. I felt hopeless, and it honestly broke me.

I am begging you, sir… please, if there is any way at all to help me recover even part of what I lost, I would be deeply grateful. Please help me.

Thank you for taking the time to read my message.

Sincerely,
Natchakarn S.

| From: | Daniel Purece |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Kwon, 23 Cr. 151 (PAE) (Terraform Labs Fraud) |
| Date: | Tuesday, December 9, 2025 3:14:37 AM |

**Dear Judge Engelmayer,**

My name is Nicolae-Daniel Purece, and I am writing to provide a victim impact statement regarding the case against Do Hyeong Kwon.

In 2022, I invested $5,500 in Terra (LUNA) and UST, believing in the stability and security of the Terraform ecosystem based on the representations made by its founder and team. These funds represented our family's emergency savings, intended to provide financial security for my wife, our daughter (born in 2018), and myself.

When the Terra ecosystem collapsed, I held onto UST, hoping for recovery. Unfortunately, the value continued to decline, and I ultimately sold everything for approximately $500. This devastating loss wiped out nearly all of our savings, causing significant financial hardship and emotional distress. It affected our ability to plan for essential family needs and created ongoing stress and anxiety about our financial future. In May 2025, we welcomed our second daughter, and the impact of this loss continues to weigh heavily on us as we try to provide for both children.

I trusted the statements made about the stability of UST and the reliability of Terraform's technology. Those assurances turned out to be false, and as a result, my family suffered a severe financial and emotional impact.

For reference, I have also submitted a claim through the Terraform restructuring process (Claim Number: ███████████, currently in "Pending Individualized Review"). I purchased Terra Luna through Crypto.com, converted to UST using my Terra wallet, and later sold on Binance when the value had drastically decreased.

I respectfully ask the Court to consider the harm caused to ordinary families like mine when determining an appropriate sentence.

Thank you for your attention to my statement.

Sincerely,
Nicolae-Daniel Purece

**From:** Nicolas Sorel
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] UST depeg, Do Kwon sentence
**Date:** Tuesday, December 9, 2025 1:35:28 AM

Hello

Translated from French

Like many people, I am a victim of the TERRA LUNA crash.

My savings were converted into a stablecoin, UST, pegged to the dollar, to secure them.

LUNA is a cryptocurrency; its value fluctuates and is not guaranteed.

However, UST, as a stablecoin, should be reliable and maintain its value.

Do Kwon should compensate each UST holder on the day of the crash with a value of $1.

Many personal projects have been canceled because of this loss, which has caused family conflict and personal distress. Compensation for UST at its true value would be wonderful.

Thank you

Oğuz DANACI
To ● Defendre, Valeen (USANYS)

Translated from: Turkish    Show Original    Translation preferences

☺    ↩ Reply    ↩ Reply All    → Forward    ⋯
Tue 12/9/2025 12:40 AM

Hello, I am Oğuz Danacı from Konya, Republic of Turkey. I was a victim of Luna in the Luna/USTC collapse between 07.05.2022 and 13.05.2022. I bought a little one with every dip to protect the investment, I cashed out all my crypto investments and continued to buy Luna to lower the average. I made my transactions on Gate.io US-based crypto exchange. All my money was zeroed. My wife has lost respect for me. For this reason, we divorced in the June/2022 period, about a month later, and my family broke up. The biggest reason for this was that I lost all my money in the Luna USTC collapse. but I had to fight for my children. Yes, TFL CEO do Kwon committed a planned fraud in this collapse, but he is not alone in this. If Gate.io and other exchanges, especially Binance, had stopped transactions during the collapse process, such great grievances would not have occurred. They did not stop the transactions and caused people to suffer more losses. I think they are guilty too. I also think that it was a planned attack that large companies withdrew large amounts of money, which led to the loss of UST stability. But nothing happened to the powerful money barons. Thank you for giving me this opportunity. Do Kwon has a brilliant brain that won't be bruised in prison. It would be a more appropriate sanction for this genius to be employed in works beneficial to humanity, I demand that he not be imprisoned, but that he be employed in a job that is beneficial to the people in accordance with his education under state control. Yours truly.

| From: | Owen Henry |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement: Addressed to Judge Engelmayer |
| Date: | Monday, December 8, 2025 9:08:16 PM |

Your Honour,

For the past several years, my life has been divided into two distinct eras; *before these crimes*, and *after*. The consequences of this wrongdoing did not simply erode my savings; they invaded my home, my peace of mind, and the future I believed I was working towards.

I write not merely as an investor, but as a person whose trust was weaponised.

I committed to what I believed was a legitimate opportunity, one repeatedly presented as safe, robust, and built on stability. I acted carefully, read the material provided, and believed the assurances communicated publicly by individuals such as **Mr Do Kwon**, who positioned himself as a visionary architect of the system. I accepted those representations at face value, trusting that those leading the project knew what they were doing and understood the weight of the trust placed in them.

Instead, I watched my capital, the product of years of labour, evaporate. Worse than losing the money itself was the realisation that it vanished because the representations I relied upon were, in retrospect, reckless, misleading, and utterly indifferent to the people who trusted them. The assurances from figures like Mr Do Kwon carried authority; when they proved hollow, the consequences fell not on those who made them, but on families like mine.

I struggled to sleep. I questioned my own judgement, doubting every decision that had led me here. I faced the painful task of explaining to my family, with embarrassment and a sense of personal failure, why the security we had relied on was suddenly gone. Plans for our future were suspended; we changed how we lived, reduced our expectations for our son's education, and did our best to cope with the emotional shock that followed.

The betrayal was profound. Those responsible cultivated trust, solicited confidence, and presented themselves as innovators and visionaries, only to abandon that façade once ordinary people were trapped in the consequences.

I am angry and I believe I am justified in that.

What offends me most is not only that this harm occurred, but that it could have been prevented had basic honesty, caution, or accountability been exercised. The human cost seems invisible to those who benefited from the illusion, but it is not invisible to me. It is etched into my relationships, my mental health, and my sense of financial safety.

Your Honour, this is not "market risk". This is **human damage,** cascading through families, destroying trust in institutions, and teaching ordinary people that deceit thrives without consequence.

I ask that when sentencing is considered, the Court recognises:

• The real people standing behind these numbers.
• The anxiety, humiliation, and loss we carry daily.

• The fact that those harms continue even now, long after the headlines faded.

Justice cannot restore our losses, but it can affirm that we matter! That playing with the security of ordinary individuals is not trivial and cannot be dismissed as the cost of speculation.

I urge the Court to impose a sentence that reflects not just financial misconduct, but the *human devastation* it caused, so that those who treat public trust as expendable learn that it is not.

Respectfully submitted,

Owen Vernon Henry
December 9th 2025

**From:** Tomas Lawaree
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Sentencing of Do Hyeon Kwon on December 11, 2025
**Date:** Tuesday, December 9, 2025 6:06:03 AM

Dear Judge Engelmayer,

years has passed since the UST collapse, where thousands of retail savers lost everything in the Anchor savings product.

Victims will never undo the years of stress, anguish, and loss this man put us through. The people that committed suicide over LUNA and UST will never be brought back to their families.

But there's some comfort in the knowledge that evil can be punished.

Thank you,

Regards

Tomas Lawaree