# EXHIBIT G

From:
To: Defendre, Valeen (USANYS)
Subject: [EXTERNAL] victim impact statement for terra money stablecoin lost
Date: Tuesday, December 9, 2025 7:53:02 AM

Dear Ms. Defendre,

I am writing as a victim in the case United States v. Do Hyeong Kwon. I respectfully ask that this email be treated as my victim impact statement.

Because of Mr. Kwon's actions, I lost a very large portion of my savings. These were funds that I had worked for over many years, putting aside money little by little for my future and for my family's security. Almost overnight, a lifetime of work was wiped out. Since then, my life has become extremely difficult.

The financial loss has had a severe impact on my daily life. I have had to cut back on basic expenses and live with constant stress about how I will pay my bills. Plans I once had — including [supporting my parents / saving for a home / my retirement / my children's education — adjust or delete as appropriate] — have been destroyed. I feel a deep sense of shame and anxiety that I was deceived in this way, and I often blame myself for trusting what turned out to be lies. This has affected my sleep, my mental health, and my relationships with my family. Instead of feeling hope for the future, I often feel fear and uncertainty.

Mr. Kwon did not just take money; he took away my sense of security and stability. His conduct shows a complete disregard for ordinary people who trusted him. I believe his crimes have caused enormous suffering to many victims like me.

For these reasons, I respectfully ask the Court to impose a severe sentence. I believe a strong sentence is necessary to reflect the seriousness of his actions, to acknowledge the harm he has caused to so many people, and to deter others from committing similar crimes.

I also respectfully request that the Court order Mr. Kwon to pay restitution to victims, including myself, to the greatest extent possible. While no sentence or repayment can fully undo the damage, requiring him to compensate victims would be an important step toward justice.

Thank you, Your Honor, for taking the time to consider the impact these crimes have had on my life.

Sincerely,

Alan

| | |
|---|---|
| **From:** | Chris Cushman |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon, 23 Cr. 151 |
| **Date:** | Tuesday, December 9, 2025 1:53:03 PM |

To the Honorable Judge Engelmayer,

I am writing to provide a victim impact statement regarding the crimes committed by Do Hyeon Kwon and Terraform Labs, which resulted in substantial financial and emotional harm to me and countless others.

In 2021 and 2022, I invested in UST and the Anchor Protocol based on detailed representations made by Terraform Labs and Do Kwon himself. As someone with a technical background—holding a degree from Georgia Tech with expertise in data engineering, analytics, and database systems—I was able to evaluate blockchain technology and understand cryptocurrency at a level beyond casual investors. I carefully reviewed the Terra White Paper, studied the Anchor Protocol documentation, and monitored official communications from TFL leadership. Based on these materials and the stated mechanisms for maintaining UST's stability, I believed I was making a prudent investment in a principal-guaranteed savings product with an attractive yield.

The representations were clear and compelling: UST was designed to maintain a $1 peg through an algorithmic arbitrage mechanism with LUNA that would work regardless of market volatility. Anchor was presented as a safe, principal-guaranteed savings platform. Do Kwon and other TFL leaders repeatedly assured investors that the system was sound and would survive market stress. I relied on these representations, along with the professional appearance and detailed technical documentation provided by Terraform Labs.

When UST began to depeg on May 7, 2022, I initially held my position based on the very assurances that Do Kwon himself had made—tweets like "Deploying more capital – steady lads," "Close to announcing a recovery plan for $UST," and "Terra's return to form will be a sight to behold." I had set up notifications to monitor updates closely because I was genuinely concerned, and I watched as leadership repeatedly promised intervention and recovery. I trusted these statements because they came from the founder of the project and were backed by claims of capital reserves and detailed technical mechanisms I had reviewed.

That trust was devastated. The promised recovery plan never materialized. The mechanisms that were supposed to be mathematically sound and resilient failed completely. Within days, UST collapsed to fractions of its stated value, and the entire Terra ecosystem imploded, taking my investment with it.

My financial loss totaled approximately $62,000—a significant portion representing 31% of my annual income at that time, which was approximately $200,000. This was not speculative play money; it represented savings I had accumulated and carefully allocated to what I genuinely believed was a lower-risk, stable asset with yield. The loss has had substantial consequences for my financial security, retirement planning, and ability to pursue other investments and opportunities.

Beyond the direct financial impact, this experience has caused me significant emotional distress. I

2

invested time, effort, and intellectual capital to understand this technology and make what I believed was a responsible decision. The deliberate misrepresentations about UST's stability mechanisms, the false assurances from Do Kwon about recovery plans that were never executed, and the apparent lack of genuine capital reserves that were claimed to exist have left me feeling betrayed and deceived. I trusted the technical documentation and the leadership's public statements, and that trust was exploited.

This was not a market downturn affecting all participants equally. This was fraud—a deliberate scheme to misrepresent the viability and safety of a product, perpetrated by individuals who knew the claims they were making were false or dangerously misleading. The impact extends beyond my personal loss to the broader damage to trust in emerging financial technologies and to the other thousands of investors who were similarly deceived.

I respectfully request that the Court consider the full scope of harm caused by these crimes when determining an appropriate sentence, and that such a sentence reflect the severity of the fraud and the lasting impact on victims like myself.

Respectfully submitted,

Chris Cushman

| | |
|---|---|
| **From:** | Матвей Макалкин |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 7:51:55 AM |

Your Honor,

My name is Matvey Makalkin, and I would like to describe the impact that the actions of Do Kwon and Terraform Labs have had on my life.

In April 2022, I gathered all my savings and sold all the assets I had. At that time, I came across the UST stablecoin, which was being actively promoted by major exchanges, including Binance, as well as numerous influencers and media platforms. I was attracted by the fact that UST was presented as a reliable, stable asset backed by reserves. Do Kwon personally gave public assurances of the system's stability, explained the mechanisms of reserves, and repeatedly told investors that the ecosystem was safe.

Trusting these statements, I converted nearly all of my savings - more than 90% of my total capital - into UST and deposited them into staking products offered directly by the exchange. I made this decision specifically because UST was promoted as a *stable* coin, not a highly volatile and risky token like LUNA.

When the system collapsed and it became clear that investors had been misled through fraudulent misrepresentations, I lost almost everything. This loss had a profound emotional and psychological impact on me. Losing nearly all of my capital drove me into desperate attempts to recover my funds by trading futures and other high-risk instruments. Because of my emotional state, this only resulted in further losses.

The following three years were extremely difficult. I repeatedly tried to rebuild my financial situation but instead found myself sinking deeper into debt, suffering ongoing losses, and struggling with the consequences of financial and emotional stress. Only recently have I begun to recover and overcome the dependency that developed as a direct result of this event.

I believe that Do Kwon should be held fully accountable for the consequences of his actions. The scale of the harm he caused to thousands of ordinary people, including myself, warrants a sentence that reflects the seriousness of this misconduct. My losses are not limited to money. They include destroyed plans, years of emotional hardship, loss of confidence in my financial future, and long-term instability.

Thank you for allowing me to be heard.

**Sincerely,**
**Matvey Makalkin**

**From:** Jichu"nun kirazı
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Re: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:** Tuesday, December 9, 2025 11:42:22 AM

Honorable Judge Engelmayer,

My name is Mehmet AFSAR, and I am submitting this statement as a victim of the Terraform Labs collapse.

I lost approximately 2 million USD during the Terra/LUNA collapse. This loss was devastating on its own, but the financial pressure and psychological impact pushed me into a deeper downward spiral. In an attempt to recover what I had lost, I made desperate decisions driven by fear and hopelessness. I sold two cars and my home, hoping to stabilize my financial situation and rebuild. Unfortunately, those funds were also lost, leaving me in a far worse condition than before.

For 3–4 years, I lived under severe emotional stress, anxiety, and financial instability. The collapse did not only affect my savings — it affected every aspect of my life. My family relationships were damaged to the point of nearly falling apart. The constant stress, shame, and uncertainty created a long-lasting psychological burden that I am still struggling to overcome.

What happened was not just a financial incident; it was a traumatic life event that changed my future and the future of my family. I trusted the project and the people leading it. The false assurances and misleading statements by the defendant played a direct role in the decisions that destroyed my financial security and personal life.

I hope the Court will consider the profound and lasting impact these actions have had on ordinary individuals like me. I respectfully ask the Court to take into account the severity of the harm caused to thousands of victims when determining an appropriate sentence.

Thank you for your time and consideration.

Sincerely,

MEHMET AFSAR

**From:** Nicolás
**To:** Defendre, Valeen (USANYS)
**Cc:**
**Subject:** [EXTERNAL] Victim - Terraform Labs Fraud (United States v. Kwon, 23 Cr. 151 (PAE))
**Date:** Tuesday, December 9, 2025 11:00:58 AM

Hola,

Mi nombre es Nicolás Riveros, de [redacted] En marzo de 2022, ingresé al sistema de Terraform labs con USTC, Terraform labs se presentaba como una buena forma de ahorrar en una moneda estable y con una buena rentabilidad, llegué a invertir USD$54,091,20. Cuando ocurrió el desapego de la criptomoneda USTC del valor del dólar, el Sr. Kwon escribió en las redes sociales de Terraform labs que nos mantuviéramos en la posición, aconsejando no vender, y ocurrió el desplome total de la criptomoneda perdiendo el total de mi inversión, lo cual me afectó fuertemente económica y emocionalmente, sin poder reponerme durante el paso de estos años.

Saludos,

Nicolás Riveros

Hello,

My name is Nicolás Riveros, from [redacted] In March 2022, I joined the Terraform Labs system with USTC. Terraform Labs presented itself as a good way to save in a stable currency with good returns, and I invested USD$54,091.20 in the "stablecoin" USTC. When the USTC cryptocurrency became depeg from the value of the dollar, Mr. Kwon posted on Terraform Labs' social media that we should hold our positions, advising against selling. The cryptocurrency then completely collapsed, and I lost my entire investment, which severely impacted me both financially and emotionally, and I haven't been able to recover in the years since.

Regards,

Nicolás Riveros

| Tx hash | Type | Block | Amount (Out) | Amount (In) | Timestamp | Fee | Tax | Amount (In)$USD |
|---|---|---|---|---|---|---|---|---|
|  | | | | +18,381.000000 USTC | 2022.03.25 20:18:21-03:00 | 0.045900 USTC | 0.000000 USTC | 18.381,00 |
| | | | | +6,077.800000 USTC | 2022.03.11 23:00:53-03:00 | 0.045900 USTC | 0.000000 USTC | 6.077,80 |
| | | | | +29,134.800000 USTC | 2022.03.11 09:18:05-03:00 | 0.045900 USTC | 0.000000 USTC | 29.134,80 |
| | | | | +448.800000 USTC | 2022.03.07 23:04:43-03:00 | 0.045900 USTC | 0.000000 USTC | 448,80 |
| | | | | +48.800000 USTC | 2022.03.07 22:42:34-03:00 | 0.045900 USTC | 0.000000 USTC | 48,80 |
| | | | | | | | | 54.091,20 |

6

**From:** pablo ruido
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] About "Notice of Sentencing of Do Hyeon Kwon"
**Date:** Tuesday, December 9, 2025 9:29:42 AM

Your Honor:

I am writing to you to describe the ordeal I endured as a result of the Terra/Luna incident. I am a ███████████████████ when this happened, I was between ████████ years old, if I remember correctly. As you know, ████████ has a very complicated economy. At ██ I managed to rent a small apartment where I lived alone. I barely managed to save a minimal amount of money each month, so I decided to put it in USTs ████████████ ) since everywhere I looked it was presented as a stable and secure currency to grow my savings. A few months after I started, tragedy struck. I literally lost all my savings, making it very difficult to continue renting. ████████████████████████████ ███████████████████ I think most people from other countries can't even begin to grasp what $1000 means in a country like ████████ and in such a broken economy where it's so difficult to get ahead. I've filed a claim and I'm still waiting for a response. It would make me a very happy young man if I could at least recover some of what I lost. It would bring me peace of mind and some tranquility to know that all that lost time wasn't in vain.

My highest regards to you. Best regards.

**From:** Rosario Cefalo
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] victim impact statement - Rosario CEFALO
**Date:** Tuesday, December 9, 2025 12:33:24 PM
**Attachments:** report fiscale Coinbase - Cefalo Rosario anno 2022

The undersigned Rosario Cefalo, born in Naples on ███████████ ███████████ hereby notifies the Court that he has suffered significant financial damages, as the collapse of the Terra-Luna protocol due to the negligent liability of Mr. Do Kwon cost him over €185 million (including accrued legal interest), as he holds 2,468,950 wluna tokens on Coinbase's CEX, as evidenced by the 2022 tax report, which is attached to this declaration.

Best regards,
Rosario Cefalo

| | |
|---|---|
| **From:** | Simone Piccolo |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Simone Piccolo from Italy |
| **Date:** | Tuesday, December 9, 2025 11:39:46 AM |

Dear Judge Engelmayer,

My name is Simone Piccolo, from ▮▮ and I am a victim of the Terra/UST and Anchor Protocol collapse.

In 2022, I was ▮▮ years old, earning a modest annual salary of around $25,000. I am not a professional investor. I decided to invest in Anchor Protocol after it was promoted publicly, including by Do Kwon himself, as a safe investment with a guaranteed stablecoin pegged to the US dollar and a fixed 18% annual return. Based on those statements, I believed this was a secure way to protect and grow my savings.

I invested more than half of all the savings I had. When the system collapsed, I lost a significant portion of my financial security. This caused a major economic impact on my life, and to this day I am still struggling to rebuild what I lost.

Emotionally, the experience has been devastating. I felt stupid, betrayed, and completely abandoned. There was no institution, no real support, and no one to turn to in order to understand what had happened. I placed trust in what I was told, and instead I suffered serious harm.

I respectfully ask the Court to consider the impact that Do Kwon's actions have had on ordinary people like me. I believe he should be fully held accountable for the harm he caused.

Thank you for your attention.

Sincerely,
Simone

| | |
|---|---|
| **From:** | Simone Pomposi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) – Simone Pomposi |
| **Date:** | Tuesday, December 9, 2025 8:38:53 AM |

Dear Ms. Defendre,

I am writing to you as a victim of the fraud perpetrated by Do Kwon and Terraform Labs. Please accept this email as my formal Victim Impact Statement to be presented to the Honorable Judge Engelmayer regarding the upcoming sentencing on December 11, 2025.

My name is Simone Pomposi and the collapse of the Terra ecosystem has resulted in a direct, verified financial loss to me of **$2.8 million USD**.

I am not a casual or uneducated investor; I previously worked in the cryptocurrency industry and consider myself an expert in the field. I mention this to highlight the severity and sophistication of Mr. Kwon's deception. I understood the mechanics and risks, which is exactly why **I did not invest in the volatile LUNA token.** My entire exposure was held in the UST stablecoin.

I was specifically targeting stability, not speculation. I relied on the explicit representations that UST had a solid algorithmic backing and a sufficient financial backstop to maintain its peg to the dollar. I believed the "guaranteed" 20% yield was a sustainable incentive model, not a fraudulent mechanism. The fact that someone with my professional background was convinced by these fabrications speaks to how elaborate and dangerous this fraud truly was.

The impact of this loss has been devastating. This sum represented the vast majority of my life savings. In the wake of the collapse, I was forced to liquidate personal assets and involuntarily change my living situation just to remain solvent.

Beyond the financial ruin, the psychological toll has been immense. The chronic stress and anxiety caused by this fraud eroded my personal life and placed an unbearable strain on my private affairs, ultimately contributing to the end of my relationship with my girlfriend. Do Kwon's actions did not just take my money; they dismantled my future and damaged my personal relationships.

I respectfully request that the Court impose a sentence that reflects the severity of this fraud and the irreversible damage it has caused to my life.

Thank you for your time and for ensuring the Judge hears my voice.

Sincerely,

Simone Pomposi

10

**From:**
**To:**     Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL]
**Date:**    Tuesday, December 9, 2025 9:31:33 AM

Good evening,

Unfortunately, the damage caused by the Terraform scam has had severe repercussions on my family, who have seen years of hard work go up in smoke. I've had to make sacrifices to survive, and to this day I'm still not sure I'll be able to recover part of what was an investment for me and so many others.
This has also led to my losing faith in the crypto world, which I thought was the turning point for free, intermediary-free investments.
Now I live with the hope that I'll be granted at least a partial recovery of what I've lost.

Regards

**From:** sinan özkan
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Do kwon davası magduru
**Date:** Tuesday, December 9, 2025 8:55:03 AM

Mr. Presiding Judge, I am a victim of Luna. I was inspired by the crypto videos of defendant Do Kwon Luna and invested in them. But as is known, the collapse affected me both financially and emotionally. I lost approximately $10,000 financially, but I suffered a great deal of emotional harm. My family life is over. My wife has left the house. I request that your court fairly recover my material and emotional damages from the other party. I believe this person will be given the necessary punishment. I offer my respects.

(Sayın mahkeme Başkanı, Luna mağduruyum. sanık Do kwon luna isimli kripto videolarından etkilenerek yatırım yaptım. ama bilindiği gibi batıştan hem maddi hem manevi etkilendim. maddi olarak yaklaşık 10 bin amerika doları kaybettim. ama manevi olarak çok fazla zarara uğradım.aile hayatım bitti. eşim evi terk etti. maddi manevi zararlarımın mahkemenizin adil olarak karşı taraftan tahsil edilmesini istiyorum. bu kişiye gereken cezanın verileceğine inanıyorum. saygılarımı sunarım)

**From:**
**To:**              Defendre, Valeen (USANYS)
**Subject:**         [EXTERNAL] Spiewak Tomasz---fall UST ,LUNA
**Date:**            Tuesday, December 9, 2025 10:48:40 AM

MY SAVINGS WERE MAINLY INVESTED IN UST AND IN PROJECTS BUILT ON
TERRALUNA. ON THE DAY OF THE COLLAPSE, I.E. AT THE BEGINNING OF MAY
2, 2022, MY RESOURCES WERE 220,000 UST AND 50,000 UST IN PROJECTS, PART
OF THESE UST BELONGED TO MY BROTHER, WHO TRUSTED ME THAT
EVERYTHING WAS OK. ON MAY 10, OF ALL THAT I MANAGED TO RECOVER,
60,000 USDT WAS LEFT. I STILL HAVE TO PAY MY BROTHER'S LOANS, WHO HAS
A FAMILY AND A LOAN, SO MY SITUATION IS TRAGIC TODAY.


SPIEWAK TOMASZ

| From: | |
|---|---|
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] TerraUSD Victim. Immigrant from Ukraine, lost my House, $190k in Savings and my Wife |
| **Date:** | Tuesday, December 9, 2025 7:27:38 AM |

Honorable Judge Engelmayer,

**My name is Stanislav Trofimchuk (Stan). My life and family were pretty much ruined by Mr. Kwon's actions back in 2022 and I would like to share my story in writing and speak at a sentencing hearing if videoconferencing means are available as I'm unable to attend personally.**

**Below is my story:**

We came to the United States in 2006 from Ukraine as a young family with a ten-month-old baby, chasing the American Dream and a brighter future for our children — both the one we had and those we still hoped to have.

Like most first-generation immigrants, we had to work very hard to build a life for ourselves. For seven straight years I worked multiple jobs, endless hours, no weekends, no holidays — because my wife didn't have a work permit during all that time. I barely saw my children grow up. She carried the burden of raising our two boys almost entirely alone, with no family nearby, no help at all.

After thirteen years of struggle, we finally became U.S. citizens. For the first time I could breathe. I started a small business, came home at reasonable hours, and began repairing the years I had missed with my family. Life finally felt like it was moving forward.

By early 2021 the dream was within reach: a modest house in Texas, a growing business, savings carefully set aside so our sons could go to college. After everything, we were closer than ever to "making it.". Then, in February 2022, war exploded across Ukraine. Both my wife's elderly mother and my parents, living in the south of the country — found themselves directly on the front line. We dropped everything. We flew to Europe, pulled them out of Ukraine, and relocated the entire family — our parents, ourselves, our children — to Croatia, one of the few places that felt safe and where we could survive on far less money than in America.

In Croatia none of us had work permits. My small business in US started struggling the moment I left. I was desperate for any lifeline that could keep seven people alive. That's when I discovered Terra, UST, and the Anchor and Mirror protocols through Do Kwon's Twitter. He

described UST as a stablecoin that would always hold its $1 peg, and those protocols as safe, reliable way to earn 19–40% yield. It didn't feel like gambling; it felt like the answer we had been praying for.

We sold everything at discounted prices: the house, the business, the cars. We scraped together just over $190,000 — every dollar of seventeen years of sacrifice — and in late April 2022 I converted it all to UST and locked it into Anchor and Mirror, trusting the promises that had been repeated for months.

Just two weeks later, on May 9, 2022, I watched UST fall off its peg. In panic, I almost sold everything to limit the damage, but then I saw Mr. Kwon's tweet: "Deploying more capital— steady lads.". The price started recovering that day. I trusted him again and decided to keep the UST locked.

What followed were two weeks of pure terror. The Terra blockchain halted. Mirror Protocol liquidity vanished. I couldn't withdraw a single cent. When the system finally let me out on May 23, UST was trading below $0.07. Our $190,000 had become less than $13,000. Seventeen years of our lives — gone in two weeks.

People say you should never risk money you can't afford to lose. But this never felt like risk. The founder of the project had called it "too big to fail," boasted that the Luna Foundation Guard would protect every dollar. To a desperate father trying to feed two families in a foreign country, it sounded like the safest investment ever.

The money was only the beginning of the catastrophe. Less than two weeks after the collapse, my wife packed her bags. She could no longer trust that I could keep her and her mother financially safe. A few months later the divorce papers arrived. Our teenage sons chose to stay with me and my parents, to hold what was left of the family together. College was never mentioned again. Both boys quit school and now work as car mechanics to put food on the table.

Today I am ███████. I live in ██████ with my elderly parents, taking whatever cash jobs I can find, waiting for a war in my home country to end. My ex-wife lives in another country, babysitting strangers' children to survive. My sons fix cars instead of studying the engineering degrees they once dreamed of. I cannot return to the United States — there is nothing left for us there: no home, no business, no savings, no future. Everything we built over nearly two decades vanished in May 2022.

I never imagined a person I had never met, never spoken to, could destroy my family so

completely. Yet that is exactly what happened.

I know there are others out there whose stories are even darker than mine. I still hope that Mr. Kwon finds the conscience, the will, and the means to make restitution — so that shattered families like ours might have a chance to rebuild.

Thank you for listening.

Stanislav.

**From:** th
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Kwon, 23 Cr. 151 (PAE)
**Date:** Tuesday, December 9, 2025 8:59:20 AM

Your Honor,

My name is Taeho lee. currently living in ▮▮▮▮▮▮▮. I am writing this letter with very limited English skills, so I sincerely apologize in advance for any mistakes and kindly ask for your understanding.

 After the Luna/Terra collapse, my life was completely destroyed. I lost almost everything I had saved—money I had worked so hard for over many years. The financial ruin was devastating, but the damage did not stop there. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮.

The compensation I may eventually receive through any recovery process is very small compared to what I lost.

I'm currently in very poor health, so I would greatly appreciate it if the compensation process could be handled quickly and fairly...

Thank you

| From: | Teresa e Junior |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon – Teresa Brunner |
| Date: | Tuesday, December 9, 2025 9:06:02 AM |
| Attachments: | 01. Balance on Binance of 45,118 USTC and 77,590,303 LUNA, at 2022-05-12.png |
| | 02. Balance on Terra of 20,431 USTC, at 2022-05-12.png |
| | 06. Delayed Email Notice.pdf |

Dear Ms. Defendre,
Office of the United States Attorney,

Please accept our submission. We were informed of the sentencing yesterday night by Kroll Restructuring from the Terra Procedures.

My name is Teresa Brunner, and I respectfully submit this **Victim Impact Statement** for consideration by the Court, before the Honorable U.S. District Judge Paul A. Engelmayer.

I am writing to you as a victim, to respectfully request that the Court consider the devastating impact these actions have had on me, my family, and my work.

The Financial Loss

My family and I were victim to the narratives regarding the stability of the Terra ecosystem. Specifically, we relied on the assurances that the "peg" would be restored. Trusting in these representations:

- On **May 9, 2022**, as the de-pegging event began, we exchanged our savings into **USTC**, believing the claims that it would stabilize.
- On **May 10, 2022**, we exchanged funds into **LUNA** when it was trading at around **$30.00**, trusting in a recovery.
- As the price continued to fall, when **LUNA was near $0**, we purchased more—not out of speculation, but out of desperate hope that our original investment might somehow be saved.

As of May 12, 2022, our holdings stood at:
- 65,550.26 USTC
- 77,590,303 LUNA

With expenses for a total of:
- **68,765 US dollars.**

I have attached proof of these holdings and transactions to this email.

The Personal and Community Impact

While the financial loss is quantifiable, the impact on our lives is not. We are a family of evangelists from ██████ The funds we lost were essential to our livelihood and our ministry. We have had to suspend our plans, and live in constant financial insecurity.

We have been forced to stop our missionary work, since we cannot support ourselves in the field. We lost our ability to perform our life's calling and help those in need.

Conclusion

We ask for the maximum consideration regarding restitution, as provided by law, to help us rebuild our lives and return to our missionary service and life's calling.

Thank you for your time and for reading our statement.

Sincerely,
Teresa Brunner

Name: Teresa Brunner



**Attachments:**
01. Balance on Binance of 45,118 USTC and 77,590,303 LUNA, at 2022-05-12.png
02. Balance on Terra of 20,431 USTC, at 2022-05-12.png
03. Initial USTC purchase, at 2022-05-09, 1.jpg
04. Initial USTC purchase, at 2022-05-09, 2.jpg
05. Initial LUNA purchase, at 2022-05-10.jpg
06. Delayed Email Notice, at 2025-12-08.pdf

| From: | Than S |
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| Date: | Tuesday, December 9, 2025 9:27:36 AM |

Dear Judge Engelmayer,

My name is Thanawoot Sirijitjinda, and I am submitting this victim impact statement in connection with the sentencing of Do Hyeong Kwon.

I invested in the Terraform ecosystem and suffered a devastating financial loss of USD 180,000. This was not just an investment — it represented a large portion of my life savings. Losing this amount has had a profound and lasting impact on my financial security and my future plans.

The collapse of Terraform caused significant emotional and psychological stress for me and my family. I experienced intense anxiety, fear, and sleepless nights as I struggled to cope with the reality of losing such a substantial amount of money. This loss disrupted my long-term financial planning, including savings intended for major life goals, and created ongoing financial pressure.

Beyond the financial damage, the experience severely undermined my trust in financial systems and technological innovations. I now feel deep uncertainty whenever I consider investing, and the emotional burden continues to affect my daily life.

I respectfully ask the Court to consider the seriousness and scale of the harm done to victims like me when determining an appropriate sentence for Mr. Kwon.

Thank you for your time and attention.

Thank you
Best Regards

Thanawoot Sirijitjinda (Art)



| | |
|---|---|
| **From:** | Thomas Blanc |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) – Thomas BLANC |
| **Date:** | Tuesday, December 9, 2025 7:05:47 AM |
| **Attachments:** | DEB 24-10070 679 - Notice of Objection.pdf |

**To the Honorable Judge Paul A. Engelmayer,**

My name is **Thomas Blanc**. I am a ███████████████ whose life was devastated by the fraudulent collapse of the Terra ecosystem. I am writing to you not just as an investor who lost money, but as a man whose life plans, family stability, and mental health were destroyed by Do Kwon's deception.

**The Scale of the Loss and the Effort Behind It:** In May 2022, I lost approximately **$400,000**, which represented **80% of my total net worth**. I come from a modest background; I previously earned $3,000/month working in telecommunications. This money was not inherited or easily won. From 2017 to 2022, I worked day and night in the crypto ecosystem, sacrificing every weekend, to build a better future. through relentless effort, I managed to grow my initial savings of $20,000 into $500,000 over five years.

Seeking to secure this wealth, I converted my assets into **UST** specifically to reduce volatility, attracted by the marketed stability and the 20% yield. I trusted the system. When the de-peg began, I held on because of Do Kwon's false assurances that a recovery plan was in motion. I was paralyzed by his lies, watching five years of hard labor evaporate to zero in a matter of days.

**The Timing and Personal Tragedy:** The collapse could not have happened at a worse time.

1. **Unemployment:** In April 2022—just one month before the crash—I had resigned from my job, believing I had finally accumulated enough security to take a career break. When UST collapsed in May, I found myself with **no job and no savings**.

2. **Impact on my Parents:** A significant portion of these funds was intended to help my parents, who are in their 60s, retire early. ███████████, and my dream was to allow them to stop working so they could enjoy their remaining time together. Do Kwon's fraud stole that possibility from them.

3. **Shattered Life Projects:** This capital was also meant to purchase a home for my girlfriend and me, to build a stable future. Furthermore, my decision to quit my job was driven by a deep desire to dedicate my time to **volunteer work for non-profit organizations**. Because of this crime, I had to abandon these philanthropic goals. Instead of giving back to society, I was forced back into survival mode, struggling to pay rent.

**The Long-Term Aftermath** Three years later, I am still unable to move on. I have been forced to take low-paying odd jobs, earning barely $2,000 a month. By my calculations, **it will take me 17 years of labor to earn back what Do Kwon stole from me.**

**My Active Pursuit of Justice** I refused to remain a passive victim. Since the crash, I have fought tirelessly to expose this fraud and seek accountability:

- **Media Testimony:** Immediately after the crash, I was interviewed by the **Wall Street Journal** to share my story and gather other victims (Article: https://www.wsj.com/articles/terrausd-crash-led-to-vanished-savings-shattered-dreams-11653649201 ).

- **Legal Action in France:** I launched a legal complaint against **Binance France** regarding their promotion of UST/LUNA (https://www.reuters.com/technology/french-clients-file-complaint-against-binance-over-social-media-marketing-2022-12-20/ )

- **US Court Objection:** I formally objected to the Terraform Labs liquidation plan in the US Bankruptcy Court, as I found it unjust for retail holders like myself (see pdf document hereby)

- **Singapore Action:** I attempted to join legal actions in Singapore seeking accountability in TFL's place of incorporation, without success.

**Conclusion** Do Kwon's crimes were not victimless. He destroyed the fruits of my labor, my security, my ability to care for ████████████ and my plans to contribute to my community. I respectfully request that this Court impose a sentence that reflects the magnitude of this destruction.

Thank you for hearing me.

Sincerely,

**★ ★ ★**

████████████████████████████
████████████

Arash Vakil



December 9, 2025

Re: Sentencing of Do Hyeong Kwon Case No. 1:23-cr-00137 (United States v. Kwon)

Dear Judge Engelmayer,

I lost a significant sum of money in the Terra/Luna collapse. I am writing not only as a victim, but as one of the witnesses who took the stand in the Securities and Exchange Commission's civil trial against Terraform Labs and Do Kwon (SEC v. Terraform Labs, Case No. 1:23-cv-01346).

I testified under oath about the devastation this scheme caused. I spent countless hours preparing for that trial, revisiting painful memories and technical details, because so many others who lost their voices could not take the stand themselves.

While the civil verdict established Mr. Kwon's liability, I look to this Court to deliver justice. A civil judgment cannot capture the visceral human cost of these lies. As an active member of the Terra communities during the collapse, I witnessed trauma that transcended financial loss.

The desperation was so acute that moderators were forced to pin suicide prevention hotline numbers to the top of Reddit and Discord forums. I watched in real-time as victims posted about having no path forward, no will to continue. We will never know how many lives were quietly lost in the silence that followed.

This despair stemmed from a specific cruelty: the weaponization of trust. As I testified, Mr. Kwon did not market a speculative gamble. He marketed a "savings" product yielding 20% interest, deliberately targeting risk-averse individuals seeking safety. When a high-risk bet fails, investors are angry. When a "safe" savings account evaporates overnight, people are destroyed.

Throughout this ordeal, Mr. Kwon has shown zero remorse. While families lost everything, he mocked critics. When the walls closed in, he did not accept responsibility. He fled to the Balkans with forged documents, using his illicit wealth to escape consequences while his victims had no escape from their ruin. These were not the actions of a failed entrepreneur, but of a calculated predator.

23

I urge the Court to impose the maximum allowable sentence. The cryptocurrency industry is watching. A lenient sentence would signal that fraud on this scale is merely a calculated risk worth taking. This sentence must affirm that wealth and influence cannot undo a just verdict.

Do Kwon destroyed lives while I watched helplessly from within those communities. He stole futures, sanity, and in tragic instances, lives themselves. I testified so their voices could be heard. I ask this Court to ensure their suffering was not in vain.

Thank you for your consideration.

Respectfully submitted,

Arash Vakil

Witness, SEC v. Terraform Labs Ptd. Ltd. & Do Hyeong Kwon

**VICTIM IMPACT STATEMENT Case:** *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE)
**Victim:** Chauncey St. John, Founder of Angel Protocol

**To the Honorable Judge Paul A. Engelmayer:**

My name is Chauncey St. John. I was one of the first builders on the Terra blockchain and the founder of Angel Protocol, a platform designed to channel cryptocurrency wealth into charitable endowments. I am writing to detail the devastation Do Kwon's fraud has caused to my family, my reputation, and the non-profit organizations we served.

**1. Evidence of Malicious Intent** While the financial loss is staggering, the most painful aspect of this crime is the betrayal. As an early builder in the ecosystem, I had a direct line of communication with Mr. Kwon. On the day before the final collapse, I reached out to him privately, desperate to know if we should capitulate to protect the charity funds we managed.

Mr. Kwon told me privately to "get out what I could" because the ecosystem was not going to recover. Yet, he refused to make this disclosure to the public until days later. He knowingly chose to warn a select few while maintaining a facade of stability for the general public. This was not a mistake; it was a choice to sacrifice the many to protect the few.

**2. Impact on Charitable Causes** Angel Protocol had processed over $6 million in donations. Because of Mr. Kwon's fraud and the subsequent de-pegging of UST:

- We lost the majority of our runway funds.
- We were forced to drain our remaining resources to make 97% of our smaller charities whole, sacrificing our company's future to clean up Mr. Kwon's mess.
- Larger nonprofits still lost more than $2 million collectively—funds intended for real-world aid that evaporated immediately.

**3. Personal Financial Devastation** Personally, I believed in the vision Mr. Kwon sold. I held over $1 million in assets on the blockchain. The crash left my family "house poor," saddled with a mortgage and debts we could no longer afford. We did everything right—we built real utility for charities—and were left with nothing but debt and reputational damage because of one man's lies.

**4. Sentencing Recommendation** Mr. Kwon's actions were calculated and callous. He knew the ship was sinking and chose to lock the passengers in while he looked for a life raft. I respectfully request that the Court impose the maximum sentence to reflect the thousands of lives he knowingly destroyed.

Thank you for the opportunity to be heard. I trust the Court will deliver a sentence that reflects the severity of the damage done to the thousands of individuals and charitable organizations who put their trust in Mr. Kwon.

Respectfully submitted,

**Chauncey St. John** Founder, Angel Protocol, ████████████████████

Dated: December 9, 2025

Yonathan Yanochkin

| Name | Claim Amount - Reliance Measure of Damages (USD) | Claim Amount - Expectation Measure of Damages (USD) |
|---|---|---|
| Yonathan Yanochkin | $ 17,526.74 | $ 40,568.20 |

| Access to Terra Website | Access to Terra White Paper | Access to Anchor Website | Access to Anchor White Paper | Access to PR Rep | Date of 1st Purchase Relevant to Claim | Current UST holding and platform / wallet address for current UST holding |
|---|---|---|---|---|---|---|
| The Claimant accessed the relevant parts of the 1st Defendant's website on or around 25 April 2022. | The Claimant accessed the relevant parts of the Terra Money White Paper on or around 25 April 2022. | The Claimant accessed the relevant parts of the Anchor website on or around 25 April 2022. | The Claimant accessed the relevant parts of the Anchor White Paper on or around 25 April 2022. | NA | 25 April 2022 | 71.176423 UST on ▬▬▬▬▬▬<br><br>122,939.926990 on ▬▬▬▬▬▬ |

| Transactions Relevant to Claim | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Buy / Sell | Centralised Exchange | Wallet Address | UST (Qty) | Crypto Type | Crypto Qty | Amount (USD) |
| 2022-04-25 | Buy | Binance | NA | 104.98219 | USDT | 105.144828 | $105.17 |
| 2022-04-26 | Buy | Binance | NA | 898.78752 | USDT | 900 | $900.09 |
| 2022-04-26 | Buy | Binance | NA | 6,093.09298 | USDT | 6100.702899 | $6,101.31 |
| 2022-05-02 | Buy | Binance | NA | 1,995.63910 | USDT | 1997.034367 | $1,996.83 |
| 2022-05-09 | Buy | Binance | NA | 7,682.02519 | LTC | 84.22819494 | $7,949.46 |
| 2022-05-16 | BUY | Binance | NA | 1114 | BUSD | 89.34617542 | $89.35 |
| 2023-09-12 | BUY | Binance | NA | 1711 | USDT | 20.73730289 | $20.73 |
| 2023-09-12 | BUY | Binance | NA | 6573 | USDT | 79.66462854 | $79.65 |
| 2022-09-17 | BUY | Binance | NA | 4479 | BUSD | 156.1171127 | $156.07 |
| 2022-09-17 | BUY | Binance | NA | 9040 | BUSD | 315.0972456 | $315.00 |
| 2022-09-17 | BUY | Binance | NA | 1102 | BUSD | 38.41058468 | $38.40 |
| 2022-09-19 | SELL | Binance | NA | 403 | BUSD | 14.7920747 | $14.80 |
| 2025-03-06 | SELL | Binance | NA | 14549 | USDT | 188.84602 | $188.85 |
| 2025-03-06 | SELL | Binance | NA | 5237 | USDT | 67.97626 | $67.98 |

| UST Obtained as Yield | | | |
|---|---|---|---|
| Date | Deposit / Withdraw | Yield-Generating Platform | UST (Qty) |
| 2022-05-16 | Withdraw | Anchor | 15,880.00 |
| 2022-05-16 | Deposit | Anchor | 7,291.38 |
| 2022-05-16 | Withdraw | Anchor | 12,378.60 |
| 2022-05-16 | Withdraw | Anchor | 6,572.64 |
| 2022-05-16 | Withdraw | Anchor | 4,532.62 |
| 2022-05-16 | Withdraw | Anchor | 2,270.56 |
| 2022-05-16 | Withdraw | Anchor | 1,213.20 |
| 2022-05-09 | Deposit | Anchor | 235 |
| 2022-05-09 | Deposit | Anchor | 430 |
| 2022-05-09 | Deposit | Anchor | 830 |
| 2022-05-09 | Deposit | Anchor | 1,555.00 |
| 2022-05-09 | Deposit | Anchor | 3,915.00 |
| 2022-05-09 | Deposit | Anchor | 9,000.00 |
| 2022-05-09 | Deposit | Anchor | 4,800.00 |
| 2022-05-09 | Withdraw | Anchor | 8,000.00 |
| 2022-05-09 | Withdraw | Anchor | 5,000.00 |
| 2022-05-09 | Deposit | Anchor | 3,000.00 |
| 2022-05-09 | Withdraw | Anchor | 3,000.00 |
| 2022-05-09 | Deposit | Anchor | 7,680.41 |
| 2022-05-02 | Deposit | Anchor | 247.925156 |
| 2022-05-02 | Deposit | Anchor | 517.356902 |
| 2022-05-02 | Deposit | Anchor | 947.865709 |
| 2022-05-02 | Deposit | Anchor | 2,116.46 |
| 2022-05-02 | Deposit | Anchor | 4,323.21 |
| 2022-05-02 | Deposit | Anchor | 1,992.32 |
| 2022-04-26 | Deposit | Anchor | 35 |

26

| UST Obtained as Yield | | | |
|---|---|---|---|
| Date | Deposit / Withdraw | Yield-Generating Platform | UST (Qty) |
| 2022-04-26 | Deposit | Anchor | 6,100.00 |
| 2022-04-26 | Deposit | Anchor | 850 |
| 2022-04-26 | Deposit | Anchor | 51 |
| 2022-04-25 | Deposit | Anchor | 100 |

| Summary of Information Relevant to Claim | |
|---|---|
| Total Quantity of UST bought | 40,793.53 |
| Total Quantity of UST sold | 20,189.00 |
| Quantity of UST obtained on Anchor: | 2,829.70 |
| Quantity of UST obtained on non-Anchor yield generating platforms | - |
| Total quantity of UST obtained as yield | 2,829.70 |

| | |
|---|---|
| **From:** | Yonathan Yanochkin |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] victim impact statement |
| **Date:** | Tuesday, December 9, 2025 7:52:32 AM |
| **Attachments:** | Yonathan Yanochkin - Manual Evidence.xlsx |

Hi,

I purchased UST before depeg in 2022.
All details you can find in the document attached to this email.
17526 $USD is the amount of losses, I am holding most of my UST till now.

Kind regards,
Yonathan

| | |
|---|---|
| **From:** | dyoree dyoree |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement for United States v. Do Hyeon Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 8:35:23 AM |

Honorable Judge Engelmayer,

My name is YOUNGSUK CHAE, and I am a victim in the case involving Do Hyeon Kwon. I respectfully submit this Victim Impact Statement to describe the severe financial and emotional harm that this crime has caused to me and my family.

As a direct result of Mr. Kwon's actions, I suffered a financial loss of $657,000, which represented the majority of my lifetime savings and the assets I had diligently prepared for my family's future. Losing this amount abruptly destroyed my financial stability. I had to abandon long-term plans for my family's security, including housing, education planning for my child, and retirement preparation. The financial consequences have affected not only myself but also the well-being and opportunities available to my family.

The psychological impact has been even more devastating. After the loss, I began to experience severe anxiety, overwhelming fear, and an inability to function in my daily life. I



This crime has inflicted long-lasting and life-altering harm—far beyond financial loss. It has damaged my mental health, destabilized my family's life, and created stress and uncertainty that we continue to struggle with every day. I kindly and respectfully ask the Court to consider the seriousness and enduring nature of the harm caused when determining an appropriate sentence.

Thank you for taking the time to consider my statement.

Sincerely,
YOUNGSUK CHAE

| | |
|---|---|
| **From:** | Zeeshan Saeed |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Tuesday, December 9, 2025 7:51:38 AM |

Dear Judge,

I have invested my savings into his project and they manipulated the market thus causing loss of my savings of 5000$. Please give a verdict that stops culprit.

Thanks,