# EXHIBIT H

| | |
|---|---|
| **From:** | Alex Ciubuc |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeon Kwon (23 Cr. 151) |
| **Date:** | Tuesday, December 9, 2025 10:40:36 AM |

Dear Judge Engelmayer,

My name is **Alexei Ciubuc**, and I am submitting this statement as a victim in the case *United States v. Do Hyeon Kwon (23 Cr. 151)* concerning the collapse of the Terraform Labs ecosystem.

In 2022, I invested personal funds into **LUNA**, the cryptocurrency issued by Terraform Labs, through the Binance exchange platform. Within a span of just two days, the value of LUNA **collapsed to zero** — not a near-zero value, but total worthlessness. I was left holding tokens that had no market value whatsoever, resulting in a **complete loss of my investment**.

The impact of this event on me was both financial and emotional. As a retail investor, I relied on the public representation of the LUNA ecosystem's stability and growth. The sudden collapse was not only shocking but destabilizing, and it has significantly shaken my trust in digital asset platforms and their governance.

I kindly ask that the Court take into consideration the effects of these actions on small investors like myself, many of whom had no institutional protection or early warning. For us, the losses were absolute and personal.

Thank you for your time and for considering this statement as part of the sentencing proceedings.

Sincerely,
**Alexei Ciubuc**
(*Moldova*)

1

**From:** alexis picquet
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement - United States v. Kwon, 23 Cr. 151 (PAE) (Terraform Labs Fraud)
**Date:** Tuesday, December 9, 2025 12:20:19 PM

To Judge Engelmayer,

I wanted to explain how this situation has affected me personally.

I saved this money over about five years while I was working as student. It was everything I had, basically all my life savings. Losing it was extremely hard on me. I felt completely overwhelmed and hopeless when it happened, and it really took a toll on my mental health. I ███████████████████████████████████████████████ at the time because I felt like my whole future had been wiped out.

Right now, I am currently between jobs, and the financial loss makes my situation even harder as I have only but emptied accounts. I feel stressed and honestly pretty bad about where this has left me. It's been a heavy burden to carry.

I wish there is a possibility to get some if not all the lost money back to live a descend life.

Thank you for taking the time to read my statement.

Alexis

2

| | |
|---|---|
| **From:** | Antonino Castelluccio |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] A Voice from the Heart of Sicily: My Victim Impact Statement |
| **Date:** | Tuesday, December 9, 2025 10:40:57 AM |

Dear Judge Engelmayer,

my name is Antonino Castelluccio. I was born and raised in ███████ Sicily, █████████████████████████████ ██████████████████████████████████████████.
My wife Alessandra and I chose this place to build a slower, more authentic, and essential life —one that we hoped would give us balance, serenity, and space to grow.
Three months ago, our son ████████ came into the world, giving even more meaning to the simplicity we were striving to create.

It is with great difficulty, and with deep regret, that I write this statement as a victim in the case United States v. Do Hyeong Kwon. The events surrounding Terraform profoundly affected my life and my family, shaking the foundations of the future we were patiently building.

The financial loss was significant, but the emotional impact was even greater. Trust— something that takes a lifetime to build—was broken in an instant. At a moment when my family and I were preparing to welcome our first child and to protect the fragile stability we had worked for, I found myself overwhelmed by uncertainty, disappointment, and a sense of injustice that was hard to contain.

Despite all this, I am trying to move forward, step by step. Living in a small Sicilian town teaches you resilience: things move slowly, but they move. I carry a lot of sadness, but no hatred. The wound remains, yet I refuse to let resentment shape the person I am or the father I want to be.

With this statement, I am not asking for revenge. I am asking for justice. I hope that the sentence imposed will fully reflect the seriousness of the harm caused—not only to me, but to thousands of people whose lives were disrupted in ways that numbers alone cannot capture. A fair and proportionate sentence would help restore a sense of accountability and provide some measure of closure to those of us who are still rebuilding.

Thank you for your attention, and for giving me the opportunity to have my voice heard, even from a small corner of Sicily where my family and I are slowly reclaiming hope.

Respectfully,
Antonino Castelluccio
████████████████████████████

3

| | |
|---|---|
| **From:** | RJ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement for Sentencing in United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 2:02:21 PM |

Dear Judge Engelmayer,

I am writing as a victim of the fraud perpetrated by Do Hyeon Kwon and Terraform Labs to describe the profound and lasting impact his actions have had on my life. I respectfully ask that you consider this statement in determining his sentence.

Until the collapse of TerraUSD (UST) and the Anchor Protocol in May 2022, I was living my dream. I had a fulfilling job at ▮▮▮ the research arm of ▮▮▮▮▮▮▮▮▮▮ where I contributed to innovative projects. Despite the high cost of living and taxes in my area, I loved the work so much that I calculated I was effectively earning just $4 less per day than if I had relocated to a lower-tax state. When a natural stopping point in my projects arrived, I chose to leave to pursue independent computer science research I had been developing since 2008. This was a calculated risk, backed by my life savings, which I believed were securely invested.

Based on the marketing and descriptions I encountered, such as Anchor Protocol being presented as a high-yield savings option on platforms like YouTube, and UST being listed on major exchanges like Coinbase, I viewed it as a safe, bank-like investment. The whitepaper described mechanisms to maintain a $1 peg to the USD through LUNA, and there were no prominent government warnings at the time. Trusting this, I deposited my entire savings into Anchor for the advertised 20% APY, which was temporary and expected to decrease.

When Do Kwon pulled the rug on us, I lost half my life savings overnight. Compounding the devastation, Mr. Kwon's public statements urging people to hold and stay invested led me to delay withdrawing, resulting in even greater losses. This wasn't just money; it was the foundation of my future. I can no longer afford to continue my research, which aimed to advance computer science and benefit humanity. Returning to a role like the one at ▮▮▮▮ ▮ is no longer feasible without that financial security. I now struggle to cover basic living expenses, let alone rebuild.

Reports of Mr. Kwon and his associates retaining hundreds of millions in assets (such as real estate and funds allegedly hidden) while victims like me suffer, have deepened my sense of betrayal and injustice. Even after the collapse, Terraform Labs held significant assets that were not clawed back promptly. Months later, victims organized, gathered evidence, and shared it with authorities, but action was delayed. We pursued a lawsuit in Singapore to seek some recovery, only for U.S. proceedings to intervene in ways that have prolonged our hardship. The SEC's eventual settlement, while publicized as billions,

resulted in far less actual recovery for victims.

This fraud has ruined not just my finances but my life's work. I dedicated decades to education and professional achievements, overcoming personal challenges to build that savings. Mr. Kwon's actions stole that from me and countless others, destroying dreams and futures. A light sentence would only encourage more such crimes, making victims like me feel our pain is inconsequential. I urge you to impose the maximum sentence possible, including full asset forfeiture, to deliver some measure of justice and deter future fraud.

Thank you for considering my statement.

Sincerely,

Arjay Waran

| | |
|---|---|
| **From:** | Boris Nachbaur |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon (23 Cr. 151) |
| **Date:** | Tuesday, December 9, 2025 8:09:27 AM |

Dear Judge Engelmayer,

My name is Boris Nachbaur, and I am one of the retail investors who suffered significant losses during the collapse of the Terra ecosystem. I invested a substantial portion of my personal savings into UST because I trusted the public assurances from Mr. Kwon and Terraform Labs that it was stable and reliable.

When UST depegged, I lost 99% of all the funds I had set aside. This was not speculative capital but money I depended on to support myself during an international trip I had planned. The sudden disappearance of my savings placed me in a situation of real financial vulnerability while abroad. Without the help of my partner, I would have faced severe hardship, including difficulty covering basic expenses.

Although I am aware that many victims suffered even greater losses than mine, this event still had a serious and lasting impact on my financial stability and emotional well-being. It caused significant stress and a loss of confidence in information presented by companies and figures I believed were acting responsibly.

I respectfully ask the Court to consider the real human consequences of this fraud. Many ordinary individuals like myself placed our trust in Terraform Labs and suffered deeply as a result. Accountability is important to prevent others from enduring the same harm.

Thank you for taking the time to consider my statement.

Sincerely,
Boris Nachbaur
(France)

| | |
|---|---|
| **From:** | Çağlar Dilaver |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement / Financial Loss Statement (Do Kwon/Kwon Do-hyung) |
| **Date:** | Tuesday, December 9, 2025 10:39:53 AM |

To the Honorable Judge Engelmayer,

My name is Çağlar Dilaver, and I am a citizen residing in Türkiye. I respectfully submit this statement to inform the Court of the financial and personal impact I suffered as a result of the incident involving the Terra UST stablecoin.

Prior to the collapse, I sold two of my vehicles and invested the proceeds into Terra UST. As a result of the events that occurred, I lost approximately $40,000 USD. At that time, the minimum monthly wage in my country was $272 USD, which means that my loss represented the equivalent of 12.5 years of labor, savings, and personal effort.

The financial loss caused significant emotional and psychological hardship for me and my family. My child was two years old during that period, and the stress led to severe conflicts within my marriage. We even considered divorce but ultimately reconciled for the sake of our young child. The situation deeply affected my mental and emotional well-being, and I eventually lost my job because I was no longer able to perform my duties.

Although I understand that no compensation can fully undo the damage I experienced, I respectfully request that the Court take into consideration the present-day value of my lost labor and savings. As of today, the minimum monthly wage in Türkiye is $527 USD. When multiplied by 12.5 years, this amounts to approximately $77,000 USD. Compensation in this amount would meaningfully address the financial harm I endured.

I submit this information for the Court's consideration and respectfully request that my losses be taken into account during the proceedings.

Thank you for your time and attention.

Respectfully,

Çağlar Dilaver

Victim

| | |
|---|---|
| **From:** | Charles Ci |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Re: Charles COMELLI French citizen victim of TERRA LUNA SCAM ( claim number ) |
| **Date:** | Tuesday, December 9, 2025 10:29:14 AM |

Sorry, I forgot to include the attachments in the first email.

Here they are.

Respectfully,
Charles COMELLI







# 17 273,30 €

| | |
|---|---|
| Capital emprunté | 20 000,00 € |
| Taux nominal en vigueur | 4,410 % |

## Contrat

| | |
|---|---|
| Montant de la mensualité | 372,04 € |
| dont prime d'assurance | 0,00 € |
| Périodicité des échéances | Mensuelle |
| Date de souscription | 10/03/2025 |
| Nombre total d'échéances | 60 |
| Nombre prévisionel d'échéances restantes | 51 |
| Solde impayé | 0,00 € |

11



> Le 9 déc. 2025 à 16:24, Charles Ci ▮▮▮▮▮▮▮▮▮▮ a écrit :
>
>
> With all due respect, Your Honor,
>
> I am writing to you today regarding the Terralabs case (Terra Luna Scam), in which I was a victim in May 2022. I filed a compensation claim on April 20, 2025, using the online CLC form, under claim number ▮▮▮▮▮▮▮. The status of my claim remains stuck at "pending individual review."
>
> Furthermore, I received an email yesterday informing me that the competent court will render its decision against the accused, Do Hyeon Kwon, on December 11, 2025. This same email also informed me that, if I wished, I could bring to your attention the consequences of these crimes for myself and my family.
>
> I don't speak English very well, but in this email I will explain the damages that resulted from this crime and the consequences it has had for me and my family in recent years.
>
> Regarding my situation, I am a French soldier. I earn €2,135 per month. In May 2022, I invested a significant portion of my personal savings in the cryptocurrency TERRA LUNA. I then fell victim to a large-scale scam and lost $7,379.
>
> This sum of money was very important to me and my family. I found myself in financial difficulty at the beginning of 2025 when my car broke down and I had to deal with various other family problems.
> Having very little savings left at that time, and to cope with the situation, I had to take out a €20,000 loan from my bank (▮▮▮▮▮▮ to address my financial difficulties. I have attached a screenshot to this email showing my bank account statement and the outstanding balance on my loan as of December 9, 2025.
>
> The loss of my $7,379 to the TERRA LUNA scam has put me in a very difficult situation, forcing me to take on debt to cope with my financial problems.
>
> Furthermore, I am expecting a baby boy on ▮▮▮▮▮▮▮.
> I would therefore like the punishment handed down to the main defendant to be exemplary, and I would like, at a minimum, to recover the entire amount I lost ($7,379) and also to receive damages to compensate me for the various harms resulting from this crime.
>
> The total sum of $10,000 seems reasonable and appropriate. ($7,379 initially lost + $2,621 in damages)
>
> Thank you sincerely in advance for your attention and consideration. Your Honor, please accept my most respectful regards.
>

12

> Sincerely,
> Charles Comelli

| | |
|---|---|
| **From:** | Charles Ci |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Charles COMELLI French citizen victim of TERRA LUNA SCAM ( claim number ███████████ ) |
| **Date:** | Tuesday, December 9, 2025 10:24:54 AM |

With all due respect, Your Honor,

I am writing to you today regarding the Terralabs case (Terra Luna Scam), in which I was a victim in May 2022. I filed a compensation claim on April 20, 2025, using the online CLC form, under claim number ███████████ . The status of my claim remains stuck at "pending individual review."

Furthermore, I received an email yesterday informing me that the competent court will render its decision against the accused, Do Hyeon Kwon, on December 11, 2025. This same email also informed me that, if I wished, I could bring to your attention the consequences of these crimes for myself and my family.

I don't speak English very well, but in this email I will explain the damages that resulted from this crime and the consequences it has had for me and my family in recent years.

Regarding my situation, I am a French soldier. I earn €2,135 per month. In May 2022, I invested a significant portion of my personal savings in the cryptocurrency TERRA LUNA. I then fell victim to a large-scale scam and lost $7,379.

This sum of money was very important to me and my family. I found myself in financial difficulty at the beginning of 2025 when my car broke down and I had to deal with various other family problems.
Having very little savings left at that time, and to cope with the situation, I had to take out a €20,000 loan from my bank (████████  to address my financial difficulties. I have attached a screenshot to this email showing my bank account statement and the outstanding balance on my loan as of December 9, 2025.

The loss of my $7,379 to the TERRA LUNA scam has put me in a very difficult situation, forcing me to take on debt to cope with my financial problems.

Furthermore, I am expecting a baby boy on ████████████
I would therefore like the punishment handed down to the main defendant to be exemplary, and I would like, at a minimum, to recover the entire amount I lost ($7,379) and also to receive damages to compensate me for the various harms resulting from this crime.

The total sum of $10,000 seems reasonable and appropriate. ($7,379 initially lost + $2,621 in damages)

Thank you sincerely in advance for your attention and consideration. Your Honor, please accept my most respectful regards.

Sincerely,
Charles Comelli

| | |
|---|---|
| **From:** | deniz candan |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] İlt: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Tuesday, December 9, 2025 1:06:15 PM |

Hello,

Before the Terralabs coin crash, I held approximately $28,000 worth of USTC coins in staking on the Binance exchange. Although I attempted to unstake these coins at the time of the crash, I was only able to get them back a few days later. This USTC coin, which should have been stable, was worth around $1, but at the time, its value was lower, and its value dropped even further as the days passed. By the time I bought it back, my approximately $28,000 had dwindled to approximately $21,000. I lost approximately $7,000. Since then, this loss has not been covered. Binance only provided a Luna coin airdrop spread over two years, but this, of course, did not cover my actual loss. I was told it was a stable coin and trusted it because it was advertised as such. I want compensation for my losses from both Do Kwon, Terra, and Binance. I have been experiencing psychological distress for several years due to this loss, and my relationship with my family has been strained.

Sincerely,

Yahoo Mail: Arayın, Organize Edin, Yönetin

----- İletilmiş Mesaj -----
**Kimden:** "deniz candan" ███████████
**Kime:** "Dnz Cndn" ███████████
**Bilgi:**
**Gönderildi:** 20:45''9e' 9 Ara 2025 Sal
**Konu:** İlt: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Yahoo Mail: Arayın, Organize Edin, Yönetin

----- İletilmiş Mesaj -----
**Kimden:** ███████████
**Kime:** ███████████
**Bilgi:**
**Gönderildi:** 1:16''9e' 9 Ara 2025 Sal
**Konu:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern*

15

*Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ▊▊▊▊▊▊▊▊▊▊▊▊  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ▊▊▊▊▊▊▊▊▊▊▊.

Thank you.

▊▊▊▊▊▊▊▊
▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Unsubscribe - Unsubscribe Preferences

16



Emanuel
To ● Defendre, Valeen (USANYS)
Cc ○

Tue 12/9/2025 10:28 AM

(i) Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Translated from: Spanish   Show Original   Translation preferences

I raise the following claim:

My original idea was to have a stable currency with dollar parity, which clearly did not happen.
This hurt me in such a way that in May of that year I had to take out a loan to cover the loss that this crash had generated. In addition to all the extra-monetary damages that it generated for me, which are not quantifiable in money.
From that date, until now I never made USTC moves, he doesn't want to make any profits, just regain parity 1 USTC= 1 USD

Everything operated under the platform:
Btc Trade Srl
COOKED

I await a response and a favorable resolution

Emanuel Quintana Geist

CPN
Data Analytics

17



Fabio Faiella
To ● Defendre, Valeen (USANYS)



Tue 12/9/2025 11:23 AM

Translated from: Italian    Show Original    Translation preferences

Good morning

I'm Fabio Faiella and I'm a victim of Do Hyeon Kwon's Terraform scam.

I had invested with a lot of sacrifice, most of my family savings in the Luna project because I believe in it and I hoped to improve the financial situation to give a better future to my family, but unfortunately suddenly not only did I lose all my savings, but my world also collapsed around me.

I suddenly found myself having to incur various expenses to make up for the losses,

I hope that with this sentence I will be able to recover part of the money I lost.

I still suffer from those losses today.

18

| From: | EREN GÜNDÜZ |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement for United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) - Claimant Name [Fevzi Eren Gündüz] |
| Date: | Tuesday, December 9, 2025 11:55:01 AM |

# Dear Judge Engelmayer and the Court,

Please accept this document as my formal Victim Impact Statement concerning the losses and devastation I have suffered due to the actions of the defendant, Do Hyeong Kwon, leading to the abrupt and total collapse of the assets under his management. The consequences of the value destruction of the assets, which I had invested in, have inflicted irreparable financial and personal damage upon my life.

**I. Severe Financial and Economic Ruin**

As a direct result of the assets under the defendant's control losing **all their value in a single day**, I have been plunged into a profound financial crisis.

• **Total Loss:** I invested **$2,000 USD**, a significant portion of my personal funds. This entire amount was obliterated due to the sudden and complete collapse of the coin's value.

• **Aggravated Loss through Debt:** To make this investment, I was forced to secure a **high-interest loan**. The investment's immediate failure means my loss is not limited to the principal; I remain solely responsible for repaying the loan **along with all accumulated interest**. This obligation has placed an unforeseen and severe financial strain on my monthly budget for years to come.

• **Legal Demand for Restitution:** I formally request that the Court order the defendant to pay restitution covering the **full principal amount ($2,000)** and the **total interest accrued** on the loan I was compelled to take out. This measure is essential for addressing the economic hardship imposed upon me.

**II. Irreversible Personal and Emotional Destruction: The Dissolution of My Marriage**

Beyond the financial devastation, the crisis triggered by the collapse of these assets has **irrevocably destroyed the foundation of my personal life: my marriage.**

• **Cause of Divorce:** The extreme financial distress, the resulting climate of distrust, and the constant conflict caused by the sudden loss of capital created an unbearable psychological burden within my family. This pressure ultimately led to the dissolution of my marriage, and **my spouse separated from me.**

• **Loss of Labor and Investment:** All the financial expenditures (e.g., for the wedding, household goods, shared savings) and, more importantly, **years of emotional labor, commitment, and sacrifice** invested in building our life together have been rendered meaningless by this catastrophe. This constitutes an immeasurable non-economic loss.

• **The Nature of the Harm:** The defendant's conduct has inflicted **severe non-economic injury** in addition to my direct monetary losses. The destruction of my family unit is one of the most devastating outcomes a person can endure, and I urge the Court to consider this grievous personal loss as an **aggravating factor** during

19

sentencing.

**Conclusion and Request to the Court**

I respectfully urge the Court to impose a sentence upon the defendant, Do Hyeong Kwon, that not only upholds the principle of **deterrence** but also addresses the magnitude of the **restitution** owed to victims like myself. The sentence must reflect the profound and lasting personal destruction—specifically the dissolution of my marriage—that his actions have caused.

**Specifically, I request the Court mandate:**

1. **Full Financial Restitution** covering the $2,000 principal loss plus all associated loan interest and legal fees.

2. A sentence that accounts for the severe **non-economic suffering** and the irrevocable loss of my family life.

Thank you for considering the full scope of my impact in this matter.

Sincerely,

[Dear Judge Engelmayer and the Court,

Please accept this document as my formal Victim Impact Statement concerning the losses and devastation I have suffered due to the actions of the defendant, Do Hyeong Kwon, leading to the abrupt and total collapse of the assets under his management. The consequences of the value destruction of the assets, which I had invested in, have inflicted irreparable financial and personal damage upon my life.

I. Severe Financial and Economic Ruin

As a direct result of the assets under the defendant's control losing all their value in a single day, I have been plunged into a profound financial crisis.

• Total Loss: I invested $2,000 USD, a significant portion of my personal funds. This entire amount was obliterated due to the sudden and complete collapse of the coin's value.

• Aggravated Loss through Debt: To make this investment, I was forced to secure a high-interest loan. The investment's immediate failure means my loss is not limited to the principal; I remain solely responsible for repaying the loan along with all accumulated interest. This obligation has placed an unforeseen and severe financial strain on my monthly budget for years to come.

• Legal Demand for Restitution: I formally request that the Court order the defendant to pay restitution covering the full principal amount ($2,000) and the total interest accrued on the loan I was compelled to take out. This measure is essential for addressing the economic hardship imposed upon me.

II. Irreversible Personal and Emotional Destruction: The Dissolution of My Marriage

Beyond the financial devastation, the crisis triggered by the collapse of these assets has irrevocably destroyed the foundation of my personal life: my marriage.

• Cause of Divorce: The extreme financial distress, the resulting climate of distrust, and the constant conflict caused by the sudden loss of capital created an unbearable psychological burden within my family. This pressure ultimately led to the dissolution of my marriage, and my spouse separated from me.

• Loss of Labor and Investment: All the financial expenditures (e.g., for the wedding,

household goods, shared savings) and, more importantly, years of emotional labor, commitment, and sacrifice invested in building our life together have been rendered meaningless by this catastrophe. This constitutes an immeasurable non-economic loss.

• The Nature of the Harm: The defendant's conduct has inflicted severe non-economic injury in addition to my direct monetary losses. The destruction of my family unit is one of the most devastating outcomes a person can endure, and I urge the Court to consider this grievous personal loss as an aggravating factor during sentencing.

Conclusion and Request to the Court

I respectfully urge the Court to impose a sentence upon the defendant, Do Hyeong Kwon, that not only upholds the principle of deterrence but also addresses the magnitude of the restitution owed to victims like myself. The sentence must reflect the profound and lasting personal destruction—specifically the dissolution of my marriage—that his actions have caused.

Specifically, I request the Court mandate:

1. Full Financial Restitution covering the $2,000 principal loss plus all associated loan interest and legal fees.

2. A sentence that accounts for the severe non-economic suffering and the irrevocable loss of my family life.

Thank you for considering the full scope of my impact in this matter.

Sincerely,

Fevzi Eren Gündüz

| | |
|---|---|
| **From:** | Francesco Lorenzi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Tuesday, December 9, 2025 7:50:34 AM |

To the Judge,

I am writing to express the profound pain and financial hardship I have endured because of Do Kwon's frauds. I lost $7,000 in cryptocurrency (ust, so not Luna that It was much variable price) that was intended for the purchase of my first home, a dream I have had to postpone due to these losses. This time has been particularly difficult because I was expecting a child and my family had to face the consequences of your actions. Fortunately, my parents supported me, but the weight of this situation has been immense. I trust in your justice so that a situation like this never happens again.

Francesco

**From:** gorbin X
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] how these crimes impacted me by Do Kwon
**Date:** Tuesday, December 9, 2025 8:23:18 AM

Dear Judge:

I am a victim. I hope the judge will impose a severe sentence on him for his crime. After Luna collapsed, he chose to flee, which is extremely despicable and has caused incalculable damage to the crypto ecosystem. Some victims will lose everything, and some may even choose to end their lives. But he was thinking of taking the victims' life savings and fleeing to live a luxurious life. I request that the judge sentence him to death. If the death penalty is not allowed, please give him life imprisonment. I believe God would agree also. Thanks God. Amen.

| | |
|---|---|
| **From:** | czar the |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement |
| **Date:** | Tuesday, December 9, 2025 8:40:39 AM |

To: Honorable Judge Engelmayer

United States District Court, Southern District of New York

Re: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

Victim Impact Statement

Claim Number: ███████████

Your Honor,

My name is hahyung Cho, and I am submitting this Victim Impact Statement as a verified victim in connection with my Crypto Loss Claim #████████████

I am one of the many individuals whose life was deeply damaged by the Terra/Luna collapse caused by the misconduct of Mr. Do Hyeong Kwon and Terraform Labs. I would like to explain how these events have profoundly affected my financial stability, emotional well-being, and physical health over the past several years.

I am currently in my late 30s, and the years that should have been the most stable and productive period of my adult life were instead destroyed by this collapse. Before the Terra/Luna incident, I worked diligently throughout my 30s and managed to save the equivalent of approximately USD 100,000.

This was the result of years of discipline, sacrifice, and financial responsibility—money I had set aside for my future security. Trusting Terraform Labs and its leadership, I invested a significant portion of this savings into Terraform-related assets.

When the system collapsed, I lost nearly the entire amount I had saved over a decade. This loss was not just financial—it represented my youth, my hard work, and the foundation I had built for my future. Losing USD 100,000 at this stage of life created a devastating setback that I am still struggling to recover from.

24

The emotional and psychological impact of this event was even more severe. For several years after the collapse, I suffered intense stress, anxiety, guilt, and insomnia. I often felt overwhelming regret and hopelessness, and there were times when I could not function normally in my daily life. My physical health deteriorated under the weight of constant worry and emotional exhaustion. The collapse shattered my confidence in myself and left me fearful of rebuilding my future.

This was not a one-time loss—it was a life-altering event. It affected my career, my relationships, and my long-term planning. Even now, years later, I continue to live with the consequences of this tragedy.

Your Honor, I share this not out of anger, but because I hope the Court can fully understand the very real harm caused by Mr. Kwon's fraudulent actions. The suffering of victims is not abstract—people like me lost years of savings, mental stability, and hope for the future.

I respectfully ask that my experience, along with the experiences of countless other victims, be considered during sentencing.

Thank you for taking the time to read my statement and for acknowledging the profound impact this crime has had on my life.

Respectfully,

hahyung Cho

Email: ███████████████

Crypto Loss Claim Number: ████████████

| | |
|---|---|
| **From:** | Hasan Örüç |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement: United States v. Kwon, 23 Cr. 151 (PAE) - Hasan Oruc |
| **Date:** | Tuesday, December 9, 2025 11:34:52 AM |

Dear Judge Engelmayer,

My name is Hasan Oruc, and I am writing to you from Turkey as a victim of the massive fraud committed by Do Hyeong Kwon and Terraform Labs. I am submitting this statement to respectfully request that the Court impose the maximum possible sentence on the defendant, reflecting the catastrophic devastation he has caused to my life and the lives of countless others.

I am a vulnerable individual fighting against severe hardships. I was orphaned at just four months old and grew up without a father. ██████████████ and I am unable to work. Despite these immense challenges, I am the sole provider for my young daughter.

Before this fraud, I had managed to save a principal amount of $10,000, which was a fortune for someone in my poverty-stricken circumstances. When I invested in LUNA and USTC, relying on the false stability claims made by Do Kwon, my investment had already depreciated to approximately $5,000. However, after the collapse, this remaining lifeline was completely wiped out to zero.

This was not just a financial loss; it was the destruction of my survival. Because of this loss, I could not pay my debts and became subject to legal enforcement proceedings (known as "icra" in Turkey). I am now drowning in debt, my psychological health has severely deteriorated due to the stress, and I struggle daily to provide even the basics for my daughter. Do Kwon has darkened my life and exploited the hopes of vulnerable people like me.

The impact of this crime in Turkey has been deadly. During the crash, it was widely reported in our local news that individuals, including a real estate agent in Istanbul who lost his home savings in LUNA, committed suicide in despair. Do Kwon is not merely a "failed entrepreneur"; he acted as a predator, draining the lifeblood of small investors.

Under 18 U.S.C. § 3553(a), I urge the Court to consider the nature of this offense—specifically the targeting of retail investors—and the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment. A lenient sentence would be an insult to the disabled, the poor, and the families destroyed by his actions.

I respectfully ask for justice for myself, my daughter, and all victims who can no longer speak for themselves.

Sincerely,

This Victim Impact Statement is submitted for presentation to the Court in response to your email notification dated December 8, 2025.

Hasan Oruc
Address:



| | |
|---|---|
| **From:** | İnan Akcan |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Request for Compensation and Resolution of Financial and Emotional Damages |
| **Date:** | Tuesday, December 9, 2025 8:32:04 AM |

## Subject: Request for Compensation and Resolution of Financial and Emotional Damages

Hello, and good day. My name is İnan Akcan, a citizen of Turkey currently residing in ███ ████████████████████████████ I work as a civil servant for the state in Turkey, I am married, and I have two children.

Due to the difficult living conditions and high cost of living in Turkey, the salary I receive monthly is insufficient to support my family. ███████████████████ ████████████████████████████████████████████████████████████ ███████████ The high cost of living and the current economic crisis in Turkey mean I cannot receive full treatment, and unfortunately, there is no definitive cure for my disease. ████████████████████████████████████████████████ ███████

████████████████████████████████████████████, I considered earning money through cryptocurrency. I entered the crypto world with the money I had, which was **$12,000**. When the altcoin I purchased, Terra Luna (now known as LUNC), dropped below my entry price, I took out bank loans totaling **$22,000** intending to lower my average cost. However, following the massive crash of Terra Luna (now LUNC) on **May 11, 2022**, I withdrew cash from my supplementary accounts and credit cards and invested those funds into Terra Luna (LUNC) as well.

I have suffered immense financial distress because Terra Luna (LUNC) fell far below the price at which I purchased it. Not only is my monthly salary insufficient for daily expenses, but I now have a significant amount of debt owed to banks.

I am prepared to verify all the details I have written with documents. I can send you the names of the banks from which I took out loans, my account numbers, and documentation showing the amounts and dates of the loans I took out.

I am in a truly desperate situation. My salary is not enough to cover our living expenses, and I am unable to make the installment payments for the bank loans. Interest is accruing daily on the loans I took out, causing my debts to multiply. I have suffered a tremendous loss, including all my personal savings, the bank loans I took out, and the subsequent interest on those loans.

Because I cannot pay my loans with my monthly earnings, my family—my wife and two children—and I have endured severe material and emotional difficulties. Since May 11, 2022, I ████████████████████████████████, and my family has faced significant hardship. I was forced to withdraw my children from school because I could not afford their expenses, my marriage reached the point of divorce, and I ████████████████████████████████████████████████████

I request that my material and emotional damages be compensated to resolve my

distress. Please help me. I am currently pursuing legal action and filing a complaint against **Terraform Labs and Do Kwon**. I will drop my complaint and lawsuit if my damages are resolved through compensation; otherwise, I will continue to seek my rights through all available legal channels.

I previously sent an identical version of this letter on June 20, 2022, to the email and X (formerly Twitter) accounts I could find for Terraform Labs and Binance.

Today's date is December 9, 2025.

Sincerely,

İnan Akcan



Turkish:

Merhaba, iyi çalışmalar. ███████████████████████████████ ██████████ ████████ Ben Türkiye'de devlet memuru olarak çalışmaktayım, evliyim ve iki çocuğum var.



22.000$

kredi çektim ve ortalamayı düşürmeyi planladım. Ancak Terra Luna'nın (şu anki ismiyle LUNC) **11.05.2022** tarihinde büyük düşüş göstermesiyle ek hesabımdan ve kredi kartımdan nakit para çekip onları da Terra Luna'ya (şu anki ismiyle LUNC) yatırdım.

Terra Luna'yı (şu anki ismiyle LUNC) aldığım seviyeden çok aşağılara düşmesi sebebiyle çok büyük mağduriyet yaşamaktayım. Aldığım aylık maaş geçimimi yapmama yetmezken bir de bankalara yüklü miktarda borçlandım.

Tüm bu yazdıklarımı belgelerle kanıtlamak üzere sizlere kendi adıma kredi çektiğim bankaların isimlerini, hesap numaralarımı ve bankalardan çektiğim kredilerin miktar ve çektiğim tarihleri belgeleri ile birlikte gönderebilirim.

Gerçekten çok mağdur durumdayım. Aldığım maaş geçinmemize bile yetmezken bankalardan çekmiş olduğum kredilerin taksitlerini ödeyemiyorum. Bankalardan çektiğim kredilere her geçen gün faiz uygulanmakta ve borçlarım katlanarak çoğalmaktadır. Elimdeki tüm paramla ve bankalardan çekmiş olduğum kredilerle ve o kredilerin faizleriyle birlikte çok fazla zararım oldu. Aylık kazancımla kredilerimi ödeyemediğim için ailemle, eşim ve iki çocuğumla birlikte maddi ve manevi çok büyük sıkıntılar yaşadık.



**Terraform Labs ve Do Kwon'dan davacı ve şikayetçiyim.** Mağduriyetimin tazminatıyla beraber giderilmesi durumunda şikayetimden ve davamdan vazgeçeceğim, aksi takdirde her türlü hukuki yollarla hakkımı aramaya devam edeceğim.

Bu mektubun aynısını daha önce 20.06.2022 tarihinde Terraform Labs ve Binance'nin bulabildiğim mail ve X (Twitter) hesaplarına göndermiştim.

Bugün yazdığım tarih 09.12.2025.

Saygılarımla.

**İnan Akcan**

**Hesap Bilgileri:**



| | |
|---|---|
| **From:** | jeipi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 11:35:34 AM |

Dear Judge Engelmayer,

I am a retail investor from Slovakia and a victim of the Terra/LUNA/UST collapse. I purchased Terra ecosystem assets before May 13, 2022 and relied on public statements about the stability and functionality of the protocol. My Kroll Crypto Loss Claim Number is ▮▮▮▮▮▮▮▮▮▮ The collapse caused me a financial loss of approximately **USD 5,051.46** and significant emotional distress.

I kept a portion of my savings on ▮▮▮▮▮ with the expectation that UST would remain stable and that usage metrics reflected genuine demand. After the de-peg and subsequent fallout, I experienced months of stress, lost trust in crypto markets, and had to delay family plans and investments. I have cooperated with the bankruptcy process and provided read-only exchange records and statements to verify my losses.

I respectfully ask the Court to consider the broad impact on retail holders worldwide, deterrence against similar misconduct, and restitution to victims where available. Thank you for considering my statement.

Sincerely,
**Jan Paska**
▮▮▮▮▮▮▮▮▮▮

| From: | 임장현 |
|-------|-------|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement of [JANGHYUN LIM] in the case of United States v. Do Kwon (23 Cr. 151 PAE)) |
| Date: | Tuesday, December 9, 2025 8:13:58 AM |

Your Honor, Judge Paul A. Engelmayer,

I am a victim of the Terra-Luna scheme, a **citizen of the Republic of Korea,** resulting from the fraudulent actions of the defendant, Do Kwon. Through this statement, I sincerely hope to convey the devastating impact the defendant's crime has had on my life and the lives of my family.

## 1. The Purpose of the Investment: Retirement and Livelihood for My Parents

My investment was not driven by mere speculation or greed. It was the last hope for securing a **stable, fixed income for my elderly parents who are unable to work** and have entered retirement.

My parents rely on the value of the only apartment they own as their primary means of livelihood. To generate a sustainable income for them, I took out a **70% mortgage loan** on that apartment, investing a total of **$41,000** into the Anchor Protocol, which Do Kwon advertised. I was deceived into believing this was a **"stablecoin (TerraUSD, UST) pegged to the U.S. Dollar that provides safe interest payments."** I genuinely believed this was the only way to reliably provide a monthly, annuity-like income for my parents, much like a secure bank deposit.

This $41,000 was the **lifeline and last remaining asset** meant to sustain my parents' elderly years.

## 2. The Direct Impact of the Crime: Destroyed Retirement and Compounded Suffering

Due to the defendant's fraudulent actions, this entire fund vanished overnight. While the financial loss is immense, the emotional toll related to what that money represented is far greater.

- **Threat to Livelihood:** My parents' stable retirement has been completely destroyed. I am now faced with the crushing burden of supporting my elderly parents' livelihood while simultaneously covering the interest payments on the apartment's mortgage loan.
- **Physical Exhaustion:** In addition to my full-time job, I am working a **second job**. I am physically pushing myself past my limits, working **late-night delivery shifts on a motorbike** to slowly pay back the interest and principal on the loan. I am suffering constant physical exhaustion because of the defendant's crime.
- **Psychological Distress:** ███████████████████████████
  ███████████████████████████████████████████████
  ████████████████████████████████████ **The pain is compounded by the fact that I convinced my younger sibling to invest approximately $30,000, believing in the inherent stability of this 'stablecoin.'** I am tormented by **self-reproach, believing I destroyed my parents' retirement and caused financial harm to my sibling.**

Do Kwon's crime is more than just financial fraud; it is the destruction of a family's peaceful retirement and the utter degradation of my own mental and physical well-being.

## 3. An Earnest Plea to the Court

The defendant, Do Kwon, committed fraud against good-faith victims like me under the guise of a 'stablecoin.' His actions exploited the hope that desperate people had for a stable future.

I earnestly ask Your Honor to recognize that the damage in this case is not merely a number on a

ledger. It is the **mortgaged money—the last hope of my elderly parents**—and the **cry of a family provider who is currently suffering and working relentlessly on the night streets** to cope with this loss.

I implore the Court to hold the defendant fully accountable and to impose the **maximum possible sentence** as a stern warning against such fraudulent conduct. Only a rigorous sentence can offer a measure of solace to victims who have suffered such profound harm.

Thank you for your time and consideration.

Sincerely,

**[JANGHYUN LIM]** ███████████████ **[Date of Submission: December 9, 2025 or date submitted]**

| | |
|---|---|
| **From:** | Joao Alexandre Rosmaninho Neto |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Terra/Luna Collapse – João Alexandre Neto |
| **Date:** | Tuesday, December 9, 2025 8:01:19 AM |

Dear Judge Engelmayer,

My name is João Alexandre Neto, and I am a victim of the collapse of the Terra/Luna ecosystem and the fraud associated with Terraform Labs and its founder, Do Hyeong Kwon.

I am writing this statement to explain how these events have personally impacted me and my family.

I lost approximately **$25,000** as a result of my investment in the Terra ecosystem, primarily through the use of **UST (TerraUSD) and Anchor Protocol**.

I want to be clear that I am fully aware of the risks involved in investing in financial assets in general, and in cryptocurrencies in particular. I knowingly accepted market volatility and investment uncertainty. **However, the very reason I chose to use UST and Anchor Protocol was precisely because they were presented as a *stable* alternative, designed to protect investors from the extreme risks normally associated with crypto markets.**

The promise of a so-called "stablecoin," combined with the mechanisms that were publicly promoted as safeguards, is what gave me the confidence to trust this project. That trust was misplaced due to what I now understand to be deeply irresponsible management and misleading representations.

The collapse did not only affect me financially. The emotional impact was severe. It created stress, anxiety, and a significant burden on my family. The sense of betrayal, helplessness, and insecurity that followed the collapse is difficult to fully express. This loss directly affected our financial stability and our peace of mind.

This was not a normal market fluctuation. This was the result of decisions and structures that placed ordinary investors like myself in an extremely vulnerable position while projecting an image of safety and stability.

I respectfully ask the Court to take into account not only the financial damage suffered by victims, but also the emotional and personal consequences that continue to affect families across the world.

Thank you for allowing me the opportunity to share the impact this has had on my life.

Respectfully,
João Alexandre Neto

**From:** Jorge Ortega
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] +
**Date:** Tuesday, December 9, 2025 7:20:08 AM

I hope this letter finds you well, and I thank you in advance for your attention to this matter.

Although the amount I lost was not substantial, counting dollar by dollar and compared to what I am sure others have lost, it meant a great deal to me personally. Given the context of poverty and repression prevalent in Argentina at that time, the $2,000 I managed to save represented a vital safeguard for my family's security.

When the depeg occurred, I could not believe it; it seemed impossible that a reputable company like Terra could have lost my family's savings. Today, I understand that there was nothing reputable about it. Unfortunately, we, the ignorant masses, were exposed to these assets, which lacked any form of backing, and were marketed to us as stable, secure, and reliable. If there is any lesson to be drawn, it is that this will not happen to me again.

Sincerely yours.

Jorge Ortega

**From:** 김주연
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement Regarding Do Hyeon Kwon
**Date:** Tuesday, December 9, 2025 2:05:59 PM

I am writing to provide a brief summary of internal communications I personally observed during my time working with Terraform Labs, which are relevant to my Victim Impact Statement for the sentencing of Do Kwon.

From December 2021 through April 2022, I participated in an official Telegram group that included members of Terraform Labs and the Orca team on Solana. The purpose of this channel was to coordinate incentives, liquidity programs, and marketing efforts to expand UST adoption on Solana.

During this period, I witnessed Terraform Labs repeatedly and aggressively pushing to grow UST liquidity through substantial financial incentives. The team frequently asked our partners to increase emissions, support UST pools, integrate UST into additional projects, and highlight UST within their platforms. For example, the discussions included continuing 60,000 ORCA token emissions, allocating over $510,000 in UST incentives during a single period, and generally sustaining large-scale rewards to drive liquidity.

Although Do Hyeon Kwon did not write frequently in the chat himself, he was consistently referenced as the key decision-maker. Team members regularly indicated that they would update him, seek his approval, or proceed based on his direction. Internally, it was clear that the UST expansion strategy—including incentive decisions and marketing initiatives—was being executed under his leadership and reflected a high degree of confidence from him and the organization.

At the time, these communications made me believe that UST was stable and that the leadership had strong conviction in its safety. The scale of incentives and the urgency with which the team promoted UST integrations shaped my belief that UST was a reliable system backed by sound judgment. This contributed significantly to my decision to trust the project and ultimately led to the personal financial loss I experienced when UST collapsed.

Please let me know if you need clarification or additional details. I am willing to provide any further information that may assist the court in understanding the impact this has had on me.

Thank you for your time and support.

Sincerely,
Ju Yun Kim

| | |
|---|---|
| **From:** | JUYOUNG KANG |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Tuesday, December 9, 2025 8:20:48 AM |

**Honorable Judge,**

My name is **[Your Name]**, and I am writing as a victim of the Terra/LUNA collapse. I am a private, good-faith cryptocurrency investor who lost **close to USD 100,000** as a result of the events caused by the defendants. The financial damage has created a lasting burden on my life, and I am still working to recover from the losses.

I understand that many institutional creditors, including large entities such as Three Arrows Capital (3AC), have filed substantial claims in these proceedings. As a result, **small individual investors like myself are likely to receive only a minimal portion of our recognized losses**, despite having suffered the consequences most directly and personally.

I currently serve as a **court administrative officer in** ██████████████, working in the judicial system. Throughout my career, I have handled a wide range of civil, criminal, enforcement, application, escrow, and registration matters. Because of this background, I deeply appreciate the tremendous responsibility and burden placed upon this Court in reaching a fair and just decision.

I respectfully ask the Court to consider the profound impact this case has had on ordinary individuals worldwide. Your judgment will not only determine accountability for what occurred, but also serve as an example that protects future investors from similar harm.

Thank you for your time, attention, and continued dedication to justice.

Respectfully,
**[juyoung Kang]**
Victim of the Terra/LUNA Collapse
[Republic of Korea.]

**From:** Kadir Siber
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] +
**Date:** Tuesday, December 9, 2025 12:01:28 PM

My name is Kadir Siber.  I live in Türkiye. It's very difficult to make money here. When UST lost its stability, I had 5000 UST. It was locked, my money was lost in this incident. All I want is my $5,000 refunded.

████████████████    It is my request number.

| | |
|---|---|
| **From:** | Maxim Kalmykov |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | |
| **Subject:** | [EXTERNAL] Victim Impact Statement - Do Kwon / UST collapse |
| **Date:** | Tuesday, December 9, 2025 2:24:00 PM |
| **Attachments:** | metatag-image--default.png |

I would like to provide my impact statement, as requested here.



I had a substantial part of my life savings invested in UST (Anchor protocol) with an expectation of reasonable safe income while I explore if I want to enter into staking arrangements on different proof of stake blockchains.

I expected the UST stable coin to remain stable, and while there was an instance when it materially depeged from $1 value in May 2021 it was explained that the power of algorithm returned it to $1.

After UST began to materially depeg from $1 value again on May 9, 2022 I barely slept for 3 days watching the markets and ultimately sold UST with approximately 40% loss.

Investing in a stable coin is supposed to be risk free. In my case, it led to a substantial loss of value.

As a result, I had to spend months and years in an effort to recoup lost savings, discussing various legal options on forums with fellow victims.

Many of the options involved taking even more risk, while there was no word if any full or partial recovery is coming from official sources.

This whole endeavor took a substantial emotional toll, as well as investment of time and effort.

At times, it was very hard to avoid re-victimization by lawyers seeking to profit from the desperation the UST victims found themselves in.

In a nutshell, investing in the UST stable coin was a huge mistake, that led to substantial monetary losses, huge emotional distress and, subsequently, huge time and effort spent

seeking recovery.

Best regards,
Maxim Kalmykov

UST victim