# EXHIBIT K

# AFFIDAVIT / VICTIM IMPACT STATEMENT

**SUPREME COURT OF THE STATE OF NEW YORK**
For December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007 (US) - Judge Engelmayer

To : [redacted]

## Affidavit of Nicolas Roger Paul BONNEVILLE

**French national Identity Card** [redacted]

[redacted]

I, Nicolas Roger Paul BONNEVILLE, being duly sworn, hereby state the following:

## 1. Identity of the Declarant

1. I am an adult over the age of 18 and competent to provide this declaration.
2. I reside at [redacted] and I am providing this affidavit as a victim of the fraud perpetrated by **Do Kwon** and **Terraform Labs (TFL)**.
3. I make this statement voluntarily, based on my personal knowledge and experience.

## 2. Background and Context

4. Between January 21th, 2022, and April 19, 2022, I invested personal funds in the digital asset UST created and promoted by Do Kwon and Terraform Labs.
5. My investment decisions were based on representations publicly made by Do Kwon and TFL concerning the stability, security, and reliability of their ecosystem.
6. In 21st January 2022, I decided to invest after reading Terra Money's white paper, the TFL website, and Anchor's white paper, I felt that the information was reliable. The basic mechanism and objective of maintaining the peg to the U.S. dollar were clear to me. I

understood that Anchor was a capital-guaranteed stablecoin savings product that accepted deposits in Terra, allowed instant withdrawals, and paid depositors a stable, low-volatility interest rate of around 20%. Thanks to this competitive interest rate and the guarantees announced, I thought it was a suitable and secure way to generate passive income. In February 2022, I understood that LFG had created a big emergency fund of USD 1 billion as a reserve to protect UST's $1 peg. This extra layer of security gave me confidence that if the market went wild or the usual algorithmic system failed, this reserve would step in to keep everything stable and secure, which induced me to buy more UST in April 2022.

## 3. Nature of the Fraud and Misrepresentations

7. I believed that this understanding was sufficient for my investment decision. I believed the reassuring tweets from Don Kwon and Terra Money sent between 9th and 12th May 2022. After that, everything collapsed and it was no longer possible to sell without incurring a total loss.

8. I later learned that multiple statements made by Do Kwon and TFL were false or misleading.

9. These misrepresentations led me to believe that the UST stablecoin was securely backed and that its stability mechanisms were reliable, when in fact they were not.

10. I would not have invested had I known the true financial condition and risks associated with the system.

## 4. Financial Losses

11. As a direct result of these misrepresentations, I suffered significant financial losses.

12. Between January 21, 2022, and April 19, 2022, I invested a total of **58 627,63 UST**, which I lost when the ecosystem collapsed in May 2022.

13. These losses represented a substantial portion of my personal savings and had a severe impact on my financial stability and that of my family.

## 5. Personal and Family Impact

14. The collapse of the investment caused considerable emotional distress for me, for my wife and my family.

15. This sudden financial loss was supposed to contribute to my retirement security, and as a result, it created great insecurity and significant tension in my relationship with my wife, and we came close to separating because of it.

16. I experienced anxiety, stress, and feelings of betrayal after realizing that I had been misled. This situation also affected my sleep and my health. I am still paying for psychological support today.

17. My family faced immediate financial consequences, because Don Kwon's crimes are forcing me to work more years and delay my retirement age.

18. The emotional burden, combined with financial instability, created ongoing hardship in our daily lives.

19. Don Kwon's crimes also force me to pay lawyers' fees in Singapore to try to recover my money. Not to mention the time and energy it takes out of me.

## 6. Request to the Court

20. I submit this affidavit to support the legal proceedings concerning the fraudulent actions of Do Kwon and Terraform Labs.

21. I respectfully request that the Court consider the financial and personal harm I suffered when evaluating the restitution, penalties, and any other remedies the Court deems appropriate.

## 7. Declaration

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct to the best of my knowledge.

**Nicolas Roger Paul BONNEVILLE**
Date: 10th / December / 2025

[redacted]

**From:** Vincent Bailly
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Court statement regarding Do Kwon
**Date:** Wednesday, December 10, 2025 2:36:38 PM

Your Honor,

I wish to express my forgiveness to Mr. Do Kwon, despite the significant financial losses I suffered within the Terra ecosystem.

The project's collapse had devastating consequences for me. I went through a period of depression and nearly lost my family. The psychological impact was extremely severe, and it took me a long time to recover. However, I gradually managed to overcome this ordeal.

In hindsight, this experience has allowed me to gain perspective on the world of cryptocurrencies. It has taught me to manage fear, better understand risks, and adopt a more cautious approach. Despite the pain, I also learned a great deal about technology and the crypto ecosystem thanks to Terra and, indirectly, to Mr. Do Kwon.

Today, while I in no way minimize the impact this affair has had on my life, I choose to forgive. I no longer harbor any resentment and I wish to move forward. It is in this state of mind that I submit this statement to you.

Thank you for your attention to this testimony.

Respectfully,

Bailly Vincent

[redacted]

**From:** Kim보람2
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement (CLC claim number [redacted])
**Date:** Wednesday, December 10, 2025 11:09:05 AM

---

**Your Honor,**

My name is **Buyoung Kim (CLC claim number [redacted])**, and I respectfully submit this statement as a direct victim of the financial crimes committed by Mr. Do-Hyung Kwon and Terraform Labs. I wish to describe, as truthfully as possible, the profound and lasting impact this crime has had on my life, the life of my wife, my children, and even my extended family.

For 17 years, I worked steadily as a wage earner, saving little by little. Every month, I set aside what I could, believing that if I persevered long enough, I could provide stability for my family. To gather the funds for this investment, I even prematurely canceled my long-term installment savings—money that was meant to be the bedrock of our future. The money I invested through Terraform was not spare income; it was the sum of nearly two decades of disciplined saving, sacrifice, and hope. I mistakenly believed that this platform was legitimate, transparent, and safe. I made multiple deposits, pouring incredible amounts of time and effort into what I believed was a genuine opportunity.

The investment was not solely my own. Half of it was money I had borrowed from my mother-in-law. Another quarter belonged to my wife, and the remaining portion was mine. Because I managed our finances and made the final decision to invest, **I ultimately bore the full weight of responsibility when everything collapsed. The guilt I carry is indescribable. I felt as though I had failed not only myself but every member of my family.**

The fallout tore through my home like a storm. My wife and I nearly entered divorce proceedings. For six months, we lived apart without a single meaningful conversation. Even after returning to the same home, there was a silence between us painful, heavy, and constant. Financial discussions remain nearly impossible to this day, and the emotional distance created during that period still affects our relationship.

**To make matters worse, in my desperate attempt to resolve the situation and recover some of the lost funds, I fell victim to a phishing scam on a poorly managed website that appeared to be associated with Terra.** In trying to find a solution, I suffered secondary financial damage. It felt as though I was being kicked while I was already down, deepening my despair and sense of betrayal.

The emotional and physical toll was severe. I struggled with sleeplessness for months and collapsed twice due to extreme stress. During this period, I lost approximately 8 kilograms because I could barely eat. I lived in a state of exhaustion, fear, and deep shame. What frightened me most was that even simple memories from that time could trigger physical weakness—I would feel dizzy, my vision would blur, and I would have to sit down immediately to avoid fainting. These symptoms still occur occasionally, even now.

My two children were also deeply affected. I had to withdraw them from all tutoring and extracurricular activities, which caused them confusion and sadness. They could not understand why their lives had suddenly changed. As a father, nothing was more painful than

seeing my children lose opportunities because of a mistake I made while trying to provide them a better future.

I also had to abandon my longstanding dream of pursuing graduate school. I had been preparing to continue my education for years, but the financial shock forced me to give up that goal entirely. The sense of loss extended far beyond money, it stripped away my plans, my ambitions, and my confidence.

This crime did not simply cause financial loss. It destabilized my marriage, strained my relationship with my children, damaged my extended family's trust, and shook my physical and mental health to the core. It took away years of savings, years of effort, and years of future possibilities.

**Even today, I continue to live with the consequences. I continue to feel guilty when I look at my family. I continue to experience anxiety when financial matters arise.** And I continue to struggle with the lingering fear that a single moment of misplaced trust could destroy everything again.
**It is truly heartbreaking to realize that after suffering such extensive damage.. financial, emotional, and physical.. the only thing I can do is write this letter to the court. The sense of powerlessness I feel is overwhelming.**

Your Honor, I respectfully ask you to consider the depth of the harm inflicted by the defendant's actions—not only on me but on the many families like mine who have suffered quietly and immeasurably. The damage extends far beyond numbers on a financial statement. It is measured in broken relationships, lost dreams, fractured health, and years of emotional hardship.

Thank you for taking the time to hear my story and for considering the true scope of the impact this crime has had on my life.

**Respectfully,**
**Buyoung Kim**
**December 10, 2025**

**From:** Cristian
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States vs Do Hyeon Kwon
**Date:** Wednesday, December 10, 2025 12:12:34 PM

To whom it may concern,

My name is Cristian Palusci, an Italian citizen and one of the victims of the Terra/Luna collapse.

I invested in Terraform Labs products only a few weeks before the collapse, at a time when regular investors like myself had no reason to believe that such a failure was imminent. I lost approximately 100,000 dollars (one hundred thousand dollars), when the project imploded.

This loss had a significant impact on my personal finances and caused a long period of stress and uncertainty for me and my family. I respectfully ask the Court to take into consideration the harm caused to victims like myself when determining the appropriate sentence.

Thank you.

Cristian Palusci

[redacted]

**From:** Noble Hodler
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Supplemental Context on Terraform / Luna Harm. Indonesian Manufacturing Losses. Investor Misrepresentation
**Date:** Wednesday, December 10, 2025 3:36:03 PM

Hon. Judge Engelmayer,

We respectfully submit this communication to provide additional factual context relevant to the Terra/Luna proceedings and the scope of downstream harm caused by misrepresentation, selective disclosure, and coordinated investor exits surrounding the 2022 collapse.

This submission focuses on three core elements:

1. The role of large-scale investors and venture funds in materially amplifying the collapse.
2. The Indonesian manufacturing project that was directly funded through Luna/UST infrastructure.
3. The broader deception of real-world counterparties through Terra's banking integrations and positioning of UST as a dollar-grade alternative.

## 1. Shared Fault of Major Endorsers and Early Exiting Investors

We consider [redacted] and other large-scale Terra backers to be materially at fault alongside Do Kwon.

Their public conduct meets the legal threshold for affirmative market inducement:

- Public "tattoo-level" endorsements.
- Repeated assurances of structural stability.
- Promotion of UST as defensible against collapse.

Roughly one month after these endorsements, several of these same actors exited or materially reduced exposure without public notification. That conduct created a false price floor for retail and foreign market participants while privileged counterparties were already unwinding positions.

Crucially, these investors still retain significant capital. Their financial capacity to compensate retail victims remains intact. Their moral and legal exposure remains unresolved.

## 2. Indonesian Furniture Factory – Real-World Asset Harm

Part of the capital preserved in UST and Luna was earmarked for a real manufacturing build-out in Indonesia.

- Approximately $100,000 USD was invested directly into factory preparation, tooling, wood sourcing, and workforce onboarding.
- The total capital required for full production exceeded that figure by several multiples.
- The staged release of the remaining capital was timed to coincide with production ramp-up.

At the moment when continuation funding was due, market panic was triggered by fraudulent misrepresentation and selective risk disclosure at the large-investor tier, including misleading public statements by [redacted] and aligned funds.

The result was the immediate destruction of:

- The factory's production runway.
- Supplier credit trust.
- The economic stability of multiple craftsmen families in the surrounding village.

This was not an abstract trading loss. It was the collapse of a physical supply chain in the Global South that depended on Terra's stability narrative.

## 3. [redacted]'s Independent and Prior Responsibility

We additionally consider [redacted] to be materially at fault. His role predates the mainstream crypto narrative entirely.

[redacted] was publicly pitching:

- Korean traditional finance integration.
- E-commerce rails via Chai and TMON long before speculative crypto narratives matured.
- Terra as a payments infrastructure, not merely a token economy.

This positioned Terra not as a speculative instrument, though as a functional replacement layer for fiat commerce itself.

This distinction is critical under tort law. When a system is marketed as payments infrastructure, victims are not engaging in speculative trading. They are relying on operational continuity representation.

## 4. Indonesian Banking Integration and Systemic Deception

Terra's integration with Tokocrypto and instant conversion into Bank Central Asia created a rail that did not exist on any comparable centralized exchange.

This produced three false assurances:

- That UST was functionally interchangeable with fiat.
- That local businesses could treat Terra as a working treasury instrument.
- That UST stood on parity not only with USDT, rather with the U.S. dollar itself.

Entire Indonesian counterparties operated based on this representation.

They were not crypto traders.

They were manufacturers, laborers, wood suppliers, logistics operators, and tool fabricators.

## 5. Forthcoming Documentary Evidence

At a later stage, we intend to release a documentary record documenting:

- The Indonesian factory.
- The desks and chairs that were already in production.
- The surrounding village economy that was materially harmed.
- The precise dependence on Terra's Tokocrypto – BCA payment rail.

This documentary is being prepared not as advocacy entertainment, rather as sworn evidentiary material with verified identities, contracts, and transaction histories.

## Closing Position

We respectfully submit that:

- Responsibility does not rest solely with Do Kwon.
- The coordinated misrepresentation and silent exits by early endorsers represent an independent causation vector.
- [redacted]'s pre-crypto payments narrative materially induced non-

speculative reliance.

- The Indonesian manufacturing harm converts this from financial abstraction into real-economy tort.

We submit this context in good faith for the Court's understanding of scale, causation, and the humanitarian dimension of this collapse.

Respectfully,

Dennis

WhatsApp: [redacted]

**From:** Frederick Solichin
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Wednesday, December 10, 2025 9:57:22 AM
**Importance:** High

---

Dear Valeen,

I am writing for the sentencing of Do Hyeon Kwon. I lost most of my savings in UST mostly because of the crash. Back then I wanted to hold USD because my currency in my country is depreciating really hard. I couldn't open a USD account in my bank because I needed all the financial requirements for it. I end up getting UST because I have reviewed the code and it seems to me to be a robust system. I have overlooked one thing though, a system is only robust when the people behind the system is honest. Turns out I was wrong, he did some financial engineering and took away my savings. This has been really hard for me and I hope we can get reimbursed for the amount we lost

Thank you so much for reading my victim impact statement

I wish you well

Best regards,
FS

**From:** Hamed jamali
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151)
**Date:** Wednesday, December 10, 2025 1:57:42 PM

---

Dear Judge Engelmayer and Representatives of the U.S. Attorney's Office,

My name is [Your Full Name], and I am writing as a verified victim in the case United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE). I respectfully submit this Victim Impact Statement to explain how the collapse of the Terra ecosystem has affected my life.

I invested the savings of my entire adult life into LUNA and UST, believing in the promises and representations made by Terraform Labs and its leadership. I trusted the project and the information provided to the public. As a result, when the collapse happened, I lost all of my life savings. I have been suffering severe financial stress since then, and it has affected every part of my life — emotionally, mentally, and financially.

The impact of this loss has been overwhelming. I have struggled to rebuild my financial stability, and the consequences of this event continue to affect my daily life and my family's well-being. The damage caused by the actions of Mr. Kwon and Terraform Labs has been long-lasting and deeply personal.

I respectfully ask the Court to recognize the severity of the harm caused to victims like me. I also kindly request that restitution and the recovery of assets be prioritized so that victims may have a chance to regain even a portion of what was taken from us.

Thank you for your time and for considering the voice of a victim whose life was devastated by this fraud.

Respectfully,

[hamed jamali]

My claim number :

[redacted]

Email: [redacted]

**From:** Fernando Agrafojo
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Subject: Victim Impact Statement ï¿½ United States v. Do Hyeong Kwon (Terraform Labs / TerraUSD)
**Date:** Wednesday, December 10, 2025 1:56:47 PM

Date: December 10, 2025

Dear Judge Engelmayer,

My name is Juan Fernando Agrafojo, and I am writing to you as one of the countless victims of the fraud perpetrated through Terraform Labs and its so-called "stablecoin" TerraUSD (UST). I respectfully submit this victim impact statement so that the Court may understand the profound and lasting harm this crime has caused me and my family.

In May 2022, I lost the entirety of the savings I had invested in UST. I believed I was investing in a legitimate algorithmic stablecoin pegged to the U.S. dollar, an asset that was repeatedly marketed as safe and stable. I was not seeking speculative gains; I was looking for modest, steady yield on money I had painstakingly saved over many years to protect my family's future. Instead, the collapse of UST wiped out everything in a matter of days.

I am a resident of Argentina, a country where building savings of that magnitude does not take months, but many years of sacrifice in an economy plagued by chronic inflation and currency devaluation. Those funds represented security for my two children, [redacted].

The financial loss has been devastating, but the emotional and psychological damage has been even more enduring. Since the collapse, [redacted] The pain, anger, and sense of betrayal do not fade easily. In my desperation to recover even a fraction of what was stolen, I have spent countless hours—until this very day—researching, following legal developments, and trying to understand how this was allowed to happen. I have been unable to mentally detach myself from the trauma because, to date, there has been no meaningful compensation or accountability that could bring closure.

From everything that is publicly observable, the defendant has shown no genuine intent to make victims whole. Instead, the actions taken appear focused on preserving as much of the ill-gotten proceeds as possible. It would be an unspeakable tragedy if justice were not served in this case, and if thousands of ordinary people like me—many of whom have lost everything they worked their entire lives to build—were simply abandoned.

Your Honor, I respectfully ask that the Court impose a sentence that fully reflects the enormity of the harm caused and that prioritizes restitution to the victims who have already suffered far too

much.

Thank you for considering my statement and for your work in this matter.

Respectfully,

Juan Fernando
Agrafojo
[redacted]

**From:** Krzysztof Piszczek
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] In connection with the criminal proceedings of the United States against Do Hyeong Kwon
**Date:** Wednesday, December 10, 2025 12:54:03 PM

---

I completely trusted Do Kwon and invested my life savings in Luna and its blockchain projects. I saved my entire life to have this money. I put off dental treatment and other things to take advantage of the opportunity Luna offered. I became a sick, bankrupt person with rotten teeth, people laughed at me, I suffered [redacted]. My family relationships suffered greatly. It's been a long time since Luna's collapse, and I still live with this issue, and it will haunt me for the rest of my life.

Krzysztof Piszczek

**From:** Kumaran Gopalakrishnan
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Terra Luna Victim Impact Statement
**Date:** Wednesday, December 10, 2025 12:33:57 PM

Dear..
This is Kumaran Gopalakrishnan from Chennai,India. With heavy heart I'm writing this, due to a bad call that i took to trust and invest in this Terra LUNA 3 years ago. How a firm as big as that collapse and they don't think about the lives of the people who suffers, who looses their routines because that, who lost his daily life because of it. I am that person. Can't write it can't express the sufferings i went through because of it. Hope I get atleast a bit of what i lost. Because i learned not hope for the things to get back in full this cryptocurrency… TERRA LUNA.

My claim number in Kroll crypto loss for Terra-
[redacted]

Hope Hurts. But atleast i can share those lost feelings here.
Thanks!

[redacted]

[EXTERNAL] VICTIM IMPACT STATEMENT

MC Mercedes Calabria <mariamcalabria@gmail.com>
To Defendre, Valeen (USANYS)

Reply Reply All Forward ...

Tue 12/9/2025 5:39 PM

Translated from: Spanish Show Original Translation preferences

Honorable Judge Paul A. Engelmayer

United States District Court
Southern District of New York

**Re: United States v. Do Hyeong Kwon – Victim Impact Statement**

Your Honor:

I am writing this statement so that you know the real and profound impact that the acts committed by Do Kwon had on my life and that of my family.

When we lost our savings to the collapse of Terra/LUNA, it wasn't just money that disappeared. It was **our tranquility, our projects and our sense of security**. We spent months of anguish trying to figure out how we were going to move forward. Arguments at home, constant stress, and uncertainty affected our daily routine and emotional stability. Seeing my family suffer for something that should never have happened was the most painful thing.

What happened was not a simple financial risk: it was an attraction to the trust of thousands of people who believed in a project that claimed to be secure and transparent. The consequences are still present in our lives, in our decisions and in our way of looking to the future.

I thank you for allowing me to be heard and I ask you to take this impact into account when pronouncing sentence.

Kind regards

**Maria Mercedes Calabria**

[redacted]

**09/12/2025**

**Terraform Labs' online CLC form is** [redacted]

**From:** Mariusz Kwiatkowski
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Do Kwon terra form claim
**Date:** Wednesday, December 10, 2025 4:59:36 PM

---

Good morning, my name is Mariusz Kwiatkowski, on that time when ust now ustc was value 1$ I used anchor protocol to stake my money because interest was better than in bank and I lose my savings of my life.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** anastasi chap
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon
**Date:** Wednesday, December 10, 2025 6:46:53 AM

Dear Judge Engelmayer,

My name is Nadeen Alhaj Hasan, and I am submitting this victim impact statement regarding the sentencing of Do Hyeong Kwon.

I invested my savings in UST because it was presented as a stablecoin — a safe and reliable asset that should maintain its value. I made this investment believing that a stablecoin, by definition, would protect me from sudden losses and volatility. However, when UST collapsed, I lost the majority of my investment within a very short period of time.

This loss had a deep and lasting impact on my life. For more than two years, I struggled with severe financial pressure, emotional distress, and the inability to work properly. The sudden disappearance of my savings left me in a situation where I could not support myself or meet my responsibilities. The collapse affected my mental health, my stability, and my ability to rebuild my life.

What happened to UST did not only harm my financial situation — it changed the direction of my life. I trusted that a stablecoin would be safe, but the failure of UST caused damage that I continue to live with to this day.

I respectfully ask the Court to consider the harm suffered by victims like myself when determining the appropriate sentence. I also hope that this process will allow victims a fair opportunity to receive compensation for the losses we endured.

Thank you for allowing victims' voices to be heard.

Sincerely,
Nadeen Alhaj

**From:** Olga Alty
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] United States v. Do Hyeon Kwon (23-cr-151) Victim Impact Statement
**Date:** Wednesday, December 10, 2025 10:42:46 AM

Your Honor,

My name is Olga Alatorteva, and I am submitting this statement as a victim of the collapse of TerraUSD (UST). At the time of the events in 2022, I was a 69-year-old pensioner and a widow who relied entirely on my personal savings to support myself.

I had invested $69,000, all of my long-term savings, into what I believed was a safe and reliable asset. I was persuaded by Terra's public statements and assurances of stability, transparency, and safety. As an elderly person with no capacity to recover financially from large losses, I trusted that the information provided by Terra and its leadership was truthful.

When UST suddenly lost its peg, the consequences for me were devastating. I watched as my life savings — money that took decades to accumulate — collapsed within days. The emotional stress of seeing my only financial security disappear was overwhelming. It affected my health, my ability to sleep, and my sense of safety and stability in my final years.

For someone my age, this was not just a financial loss. It was the loss of my independence and peace of mind. It forced me to reconsider how I will live the rest of my life. The decisions made by Mr. Kwon and the misleading assurances that were given to the public caused enormous, irreversible harm to me and many others.

I respectfully ask the Court to take into account the impact this crime has had on victims like me when determining the appropriate sentence. I hope that justice will be served, and that the Court's decision will reflect the serious harm suffered by ordinary people who trusted the system and were misled.

Thank you for allowing me to share my experience.

Respectfully,
Olga Alatorteva
Chisinau, Moldova
[redacted]

**From:** Paul Bauer
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:** Wednesday, December 10, 2025 5:03:14 PM

Dear Judge Engelmayer,

My name is Paul Bauer and I am submitting this statement as a victim of the TerraUSD (UST) and LUNA collapse caused by the fraudulent actions of Do Hyeong Kwon and Terraform Labs.

I invested approximately **$300,000** into UST because it was consistently represented by Mr. Kwon as a *stablecoin* that was secure, fully functional, and reliably pegged to the U.S. dollar. The entire premise of UST was that it would remain stable in value, and this was presented as a defining feature of the project. These representations led me—and many others to reasonably believe that UST carried limited downside risk and that it could serve as a safe part of a diversified portfolio.

## Financial Impact

The sudden de-pegging and collapse of UST and LUNA resulted in the near-total loss of my investment. Losing **$300,000** had a severe and lasting impact on my financial security.

This amount represented savings that took years to build.

Its loss damaged my long-term investment planning and forced me to reconsider major life and business decisions.

Recovering from such a significant financial blow has required substantial adjustments to my personal and professional plans.

## Emotional and Psychological Impact

Beyond the financial loss, the emotional impact has been profound.

I experienced intense stress, anxiety, and a loss of trust in financial technologies.

Because UST was marketed as a stable and safe asset, its collapse created a sense of shock and betrayal.

The psychological weight of watching a supposedly “stable” investment evaporate within days caused months of worry, sleepless nights, and emotional strain.

It also created tension within my family, who were deeply affected by the consequences of this loss.

## Conclusion

The representations made by Mr. Kwon about the stability, safety, and reliability of UST were central to my decision to invest.

Had I known the true risks and the misleading nature of these claims, I would never have placed such confidence or such significant funds into this project.

I respectfully ask the Court to consider the financial and emotional harm I have suffered when determining an appropriate sentence, and to include me in any restitution process established for victims in this case.

Thank you for your attention.

Sincerely,

**Paul Bauer**
[redacted]

[redacted]

**From:** Ramu Sriram
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:** Wednesday, December 10, 2025 10:53:06 AM

Dear Ms. Defendre,

I am writing to submit a victim impact statement in connection with United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE). I am a victim of the Terraform Labs fraud and previously submitted a Customer Level Claim (CLC) form in the Terraform Labs bankruptcy proceedings.

I am a recent B.Tech Computer Science and Engineering graduate from India. I do not have a job yet and currently have no stable source of income. The money I invested in Terraform was not excess capital or speculative gambling money. It was a very significant portion of my limited savings and my hope for a more secure future.

**How I was misled and what I invested**

I purchased more than 1,000 USD worth of UST specifically because it was presented and widely understood as a "stablecoin" that would maintain a 1:1 peg with the U.S. dollar. I believed that I was choosing a relatively safer asset compared to volatile cryptocurrencies. Even after UST began to depeg, I continued to hold in the hope and belief that it would be restored to 1 USD, based on public statements and the reputation of Terraform Labs and Mr. Kwon.

**Financial impact**

For someone in my position, more than 1,000 USD is a huge amount. It represented a major part of what I had. Losing this money has directly affected my ability to support myself as a fresh graduate. I now have:

- No job
- No stable income
- A much smaller financial cushion to rely on while I try to build my career

This loss has forced me to delay or rethink important life plans, including further studies, relocation for job opportunities, and contributing to my family. Instead of using this money to move my life forward, it was wiped out in an event that I now understand was driven by fraud.

**Emotional and mental impact**

The collapse of UST and the truth about Terraform Labs have had a deep emotional impact on me. I have struggled with intense stress, regret, and feelings of shame for having trusted this project. It has affected my sleep, my ability to focus on studying and preparing for job opportunities, and my overall mental well-being.

As a young graduate, this was one of my first serious financial decisions. Instead of being a step toward independence and stability, it became a painful lesson that has left me more

anxious and cautious about investing and about my financial future.

**Ongoing consequences**

The consequences of this fraud are still ongoing in my life. I am:

- Trying to find my first job in a very competitive market
- Doing so with almost no savings left
- Carrying the mental burden of this loss every day

The time and mental energy I have had to spend dealing with this situation have taken away from my focus on building my skills and starting my career. For someone at my stage of life, this setback is not just about numbers on a screen. It has made the starting point of my career much harder and pushed me further back than I should have been.

**Request to the Court**

I respectfully ask that the Court take into account the seriousness of the harm caused to victims like me when determining Mr. Kwon's sentence. This was not a victimless technical failure. Real people, including young, first-time investors and students with very limited resources, have suffered serious setbacks in their financial and personal lives and are still working to recover.

I also ask that the Court consider the need for a strong sentence to deter similar large-scale frauds in the future, especially in the crypto and financial technology space where many ordinary people are still learning and may not fully understand the risks.

If it is possible to participate in the sentencing proceeding remotely, I would be grateful for the opportunity to be heard briefly by the Court. I live in Hyderabad, India, and appearing in person in New York is not realistically possible for me. If a remote appearance is not possible, I respectfully request that this written statement be included in the record for sentencing.

Thank you for your attention and for considering my statement.

Sincerely,
Ramu Sriram
Hyderabad, India

**From:** Riccardo Tomati
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement in the matter of United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:** Wednesday, December 10, 2025 8:12:51 AM

**To the Honorable Judge Jed S. Rakoff,**

**and the United States District Court for the Southern District of New York.**

I address you as a direct victim of the fraud and actions perpetrated by Do Hyeong Kwon and Terraform Labs. While nothing can undo the harm, I hope this statement will assist you in fully understanding the scale of the impact these crimes have had on my life and my future.

## Economic Impact: The Theft of the Future

The total investment made before the collapse amounted to approximately **€160,000**. The **final net loss** I suffered due to the defendant's actions was approximately **€100,000**. These funds were not speculative capital; they were my **life savings intended for retirement**. This sum represented the accumulation of a lifetime of work and sacrifices, my financial pillar that I relied upon to ensure my and my family's security and dignity in the years to come.

The loss has been devastating:

1. **Compromised Financial Stability:** My retirement planning has been irrevocably compromised. I have been forced to drastically redefine my financial future.
2. **Immediate Sacrifices for Recovery:** To attempt to recoup approximately one-third of the total amount involved (around 60,000), I have had to work continuously with extra shifts in the years following the collapse. I had to sacrifice valuable time with my family, rest, and personal opportunities, extending my working life beyond my initial expectations.

## Emotional and Familial Impact

The impact of this fraud cannot be measured in euros alone. For an extended period, my health and relationships suffered serious deterioration.

- **Stress and Insomnia:** For about one year, I struggled with intense psychological stress, coupled with chronic insomnia. The constant worry about the loss of savings and an uncertain future drained my energy.
- **Familial Strain:** The situation led to significant arguments and tensions within my family, particularly with my spouse. Distrust, anxiety about the future, and the burden of an erroneous financial decision undermined domestic peace.
- **Emotional Recovery:** It was only after months of internal struggle that reason prevailed, allowing me to focus on recovery through extra work. However, the emotional damage and accumulated stress remain a scar.

## A Request for Justice

I respectfully ask Your Honor to consider the complete lack of remorse and the severity of

these actions, which have affected thousands of honest individuals worldwide, stealing not only money but years of life, security, and dreams.

I hope that the sentence handed down will reflect the magnitude of the crime. As a victim, my desire is for the person responsible, Do Hyeong Kwon, to be held fully accountable and **pay what is due** to justice for the destruction he has caused in our lives.

Thank you, Your Honor, for your time and attention to this statement.

**Respectfully,**

**Tomati Riccardo**

**Italian Citizen, Resident in Italy**

**From:** uğur Kutlukaya
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] my ust loss
**Date:** Wednesday, December 10, 2025 4:03:06 PM

I lost +$50,000 worth of UST in this crash.
I was about to get married, and that was almost all my savings.

Because of this, I lost the capital I was planning to use to buy a house. The money my wife and I had saved together is gone. My wife was psychologically traumatized and started receiving treatment. I was running a grocery store, and I had to sell it. I've been experiencing financial difficulties ever since. My life has turned into hell. Right now, I don't have the capital to start a business, and I'm unemployed.

uğur kutlukaya

**From:** Valerio Cascio
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim impact statement - United States v. Kwon, 23 Cr. 151 (PAE) (Terraform Labs Fraud)
**Date:** Wednesday, December 10, 2025 2:18:43 PM

Dear Valeen,

I'm a victim of Do Kwon and his stablecoin UST.

I began to invest in cryptocurrency in 2017. My first purchases of cryptocurrency were Bitcoin. Apart from Bitcoin, I have also purchased stablecoins such as USDT and USDC.

I purchased stablecoins because I found that I could easily trade across different exchanges and platforms using stablecoins.

I first learned specifically about Terra and UST sometime in or around April 2022. I first learned of Terra from posts on Twitter and videos on YouTube. I visited the TFL website at “terra.money” (“TFL Website”) to learn more about UST.

I am advised and verily believe that TFL and Do Kwon have admitted that TFL had represented in the Terra Money White Paper and the TFL Website that the UST tokens were stable by design, as they were pegged to a stable fiat currency.

I am advised and verily believe that TFL and Do Kwon have admitted that TFL had represented in the Terra Money White Paper and the TFL Website that the Terra protocol and its underlying token mechanics would be able to maintain the price stability of UST regardless of market size, volatility or demand through an algorithm that would allow an arbitrage process to happen with UST’s sister token, LUNA, guaranteeing that UST would always return to the 1 USD peg.

I am advised and verily believe that TFL and Do Kwon have admitted that TFL had represented that UST holders would always be able to exchange 1 UST for 1 USD’s worth of LUNA on the Terra protocol.

I purchased a total of 28,627.27 UST on Binance between 6 April 2022 and 26 April 2022.

Beginning on 7 May 2022, the price of UST began to fall below 1 USD.

I first learned that the price of UST had fallen below the 1 USD peg in May 2022 from Twitter posts, and then I checked the UST price in my Binance account to confirm what I had seen on Twitter.

I also saw tweets posted by Do Kwon on his Twitter account regarding the fall in price of UST, including that he was close to announcing a recovery plan for UST, that he would be deploying more capital to restore the peg, and urging investors to “stay strong”.

I read the tweets set out above between on or about 9 May 2022 to 11 May 2022.

I understood the tweets to mean that TFL had a recovery plan which involved deploying capital to stop UST price fall and restore the USD peg.

I did not immediately sell my UST when it first fell below USD 1 on 7 May 2022 because I believed the de-peg was temporary and that the price would recover soon due to the stability mechanism in the Terra protocol. I also saw Do Kwon's Tweets on 10 and 11 May 2022 mentioning that TFL would deploy the capital in the reserve fund that they had established in a 'rescue plan' for UST.

I eventually lost faith because the price continued to fall and no recovery plan had been put in place. Do Kwon's last post on Twitter about a "recovery plan" was on 10 May 2022 UTC.

As such, on or about 13 May 2022, I decided to sell my UST at a significantly lower price than I had purchased it, as I wanted to recover some of my savings before the price fell even further.

I lost around 25,000 $.

I believe that the facts stated in this statement are true.

Best regards.

Valerio Cascio

# Victim Impact Statement of Xavier Mattern

**Honorable Judge Engelmayer,**

My name is **Xavier Mattern**. I am a web entrepreneur and an individual who has always approached innovation — including digital assets — with curiosity, discipline, and responsibility. I am writing to provide my **victim impact statement** regarding the criminal conduct of **Do Hyeong Kwon**, whose actions have deeply and permanently affected my life, my family, and my financial security.

## Background: How I Became a Victim

In 2021 and 2022, like many others, I became interested in the mechanics of the Terra ecosystem, particularly the **Anchor protocol** and the **UST stablecoin**. I invested dozens of hours studying the system: reading documentation, reviewing audits, watching expert analyses, and attempting to understand how UST maintained its peg and how Anchor generated yields.

During that time, UST appeared stable. On the few occasions when it deviated slightly from its peg, it consistently returned to one dollar within hours or days. To me — and to thousands of others — this demonstrated technological resilience and legitimacy. All public communications from Terraform Labs and from **Do Kwon** reinforced the idea that UST's mechanisms were sound, transparent, and under control.

Based on this extensive research, I made a life-changing decision:
I invested **the entire savings of two companies I own**, of which I am the sole shareholder — **just under 2 million dollars**. These savings represented **15 years of work**, discipline, and sacrifice.

## The Collapse: What Happened to Me

On **May 7th, 2022**, when UST began to lose its peg, my heart quite literally stopped. I felt panic, disbelief, and a sense of helplessness that is difficult to express in words.

I did not sleep for **four days**.
I refreshed Twitter constantly, waiting for updates from Do Kwon. Every message he posted reassured us:

- "There is nothing to worry about."
- "We are working on it."
- "UST will repeg."

We were told to wait. We were told to trust. We were told everything was under control.

Then, **he disappeared**.
No explanations. No transparency. No leadership.
Just silence, while the system collapsed and our savings evaporated.

I ultimately sold my UST at half its value, realizing a loss of **more than $800,000**.

## What I Learned After the Collapse

Only later did I understand the truth:

- The "stability" of UST had been artificially supported by external actors such as **Jump Trading**, who injected capital to prop up the peg.
- These interventions created the illusion of resilience, while concealing systemic failure.
- Do Kwon was not only aware of these manipulations — he was actively involved in orchestrating them.
- And perhaps most devastating of all:

**While he told us publicly not to worry, he and people close to him were quietly exiting their own positions.**

He urged retail investors like me to "stay calm," knowing full well that this meant the complete destruction of our savings.

This was not a mistake.
This was not mismanagement.
This was **fraud**, executed with arrogance, manipulation, and total disregard for the lives of ordinary people.

## The Impact on My Life

Losing **over $800,000** is not just a financial loss. It is 15 years of work, discipline, and dreams — gone in days.

The emotional and psychological impact was profound:

- It took me a long time to recover from the shock.
- I struggled with guilt, shame, and the feeling of having been intentionally deceived.
- I had to rebuild my life plans and my sense of security.

Some victims never recovered.
Some took their own lives.
This was not merely a financial collapse — it was a **human tragedy** affecting thousands of families.

# What I Ask of the Court

Do Kwon's actions reflect not only criminal fraud, but a rare combination of intelligence, arrogance, condescension, and intentional deceit. He orchestrated one of the largest financial frauds of this century, and he did so publicly, confident that he would never face consequences — much like other infamous financial criminals in history.

I respectfully ask the Court to recognize the **scale of the harm**, the **premeditation**, and the **human devastation** caused by his actions.

A strong sentence will not restore what I lost.
But it will:

- bring accountability
- deliver justice for victims
- and send a clear message that individuals who deliberately manipulate global financial markets and destroy lives cannot do so with impunity.

Thank you, Your Honor, for considering my statement.

Respectfully,
**Xavier Mattern**
Victim Claim Nos. [redacted]

[redacted]

Cell: [redacted]

Date: 10 December 2025

Claimant: Jacob Johannes Oosthuizen (Executor and Father)
Victim: Jacob Johannes Oosthuizen (Deceased Son)

Claim Number: [redacted]

Dear Judge Engelmayer

VICTIM IMPACT STATEMENT – Please refer to the attached Death Certificate

My son, also Jacob Johannes Oosthuizen, died on 14 May 2022 of a sudden heart attack, the same day Terra Luna crashed. He was only 34 years old and healthy. We believe that his death correlates, and is a direct result of the devastating news of Terra Luna's crash. The loss of his hard eared money exceeded his capacity to handle it. The shock was too much to bear. Luna was promised to stay stable and that promise was broken by Terraform's founder, who deliberately committed a crime against humankind. Please refer to the attached Death Certificate and funeral photo.

My son died on Schiphol Airport on14 May 2022 on his way home to Cape Town. His last words that morning, "I am flying home now" will be engraved on our hearts forever. He never arrived in Cape Town that evening. The agony of searching for him, so far from home, was very overwhelming, painful and stressful. Our family experiences immense grief and life has lost its joy.

He was a Charted Accountant and had a bright future ahead. We also lost him as the accountant of our family business. His death, we believe because of these crimes, has impacted our family in a very negative way. His ID card is now my companion. His mother cries every day and longs for her son. His brother has lost his best friend and fishing partner.

Our family feels wronged by this crime and we are convinced that the responsible person should be punished and sentenced.

Thank you

Yours faithfully

JJ Oosthuizen (Executor and Father) [redacted]

**From:** Vittorio T
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Personal statement regarding the loss of part our family savings
**Date:** Wednesday, December 10, 2025 6:44:10 AM

---

Your Honor,
I respectfully wish to bring to your attention the human and family consequences caused by the loss of part of my savings in this so-called “investment.” It was an investment presented to me as “safe” by multiple sources — including YouTube, various social media channels, and friends — and I chose it with a sense of responsibility and the genuine intention of improving my family’s future.
Unfortunately, after a period during which everything seemed to be going well, the situation changed dramatically, and the outcome was far from what I had hoped for.

The resulting financial difficulties have weighed heavily on our domestic balance: ongoing tensions with my wife, understandable feelings of guilt, daily sacrifices, and at times an atmosphere of uncertainty that has strained the serenity of what was once a simple but fairly happy family.

I kindly ask you to consider not only the financial aspect of this matter, but also the profound human and psychological impact it has had on us — myself, my wife, and our young daughter.

I trust that justice will take its course and that, with Your Honor’s understanding, some measure of the peace and stability lost through this experience may be restored.

With all due respect and esteem,
Vittorio Treglia from Italy

**From:** Yurii
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:** Wednesday, December 10, 2025 7:49:30 AM

Hello,

My name is Yurii Popovych, and I am submitting this Victim Impact Statement regarding the case United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE).

On April 18, 2022, I purchased 9,196 UST at approximately 1 UST = 1 USD on the Binance exchange. I had been using Binance before and trusted it, so when I saw the offer of a "safe" deposit product, I decided to use it to preserve my savings.

Because of the full-scale war that began in my country on February 24, 2022, I was in a very vulnerable situation. I had already lost my parents' only home, and my mother passed away in 2015 during the occupation of Donetsk. In 2022, several nearby buildings in Kyiv, where I lived at the time, were damaged or destroyed, and my family had to hide in a shelter for days. Keeping money in cash was unsafe due to the risk of theft and looting. For this reason, I relied on what was presented as a stable and reliable asset — UST — not for speculation, but simply to protect my savings.

When UST collapsed, I was unable to withdraw or sell my funds in time because they were locked in a staking product on Binance. By the time I regained access, the value of my savings had fallen to around 200–300 USD.

This loss caused significant stress for me and my family. I experienced persistent anxiety, sleep difficulties, weight loss, and recurring headaches. Part of the money belonged to my wife's parents, who remain in an occupied area and live under daily shelling. For our family, this amount was extremely important for basic survival needs.

For a long time, I struggled with how to explain the situation to my wife, and the emotional impact on our family was very serious. I felt deep shame and distress. A story about my situation was later published in The Guardian, and some people generously donated money to help me during that difficult time. I am grateful for their support, but these funds were not mine, and I feel responsible for returning them. The harm caused by the Terra ecosystem collapse created enormous financial and emotional pressure.

Today I continue to hope for justice and a fair sentencing decision. The financial and emotional consequences of this fraud have had a lasting impact on my life, and I respectfully ask the Court to take this into consideration.

Thank you for your attention.

Sincerely,
Yurii Popovych
[redacted]
Ukraine