

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 11, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Do Kwon,* S1 23 Cr. 151

Dear Judge Engelmayer:

    The Government respectfully submits this supplemental letter in advance of the sentencing of Do Kwon ("Kwon" or the "defendant"), scheduled for today, Thursday, December 11, 2025 at 11 a.m.

    As of the filing of this submission, over 300 victims have submitted victim impact statements, which have been marked Exhibits B through L. The Government previously submitted Exhibits B through L to the Court and defense counsel under seal. By this letter, the Government attaches redacted versions of Exhibits B through L for filing on the public docket.

    In addition, the Government attaches the decision of the Supreme Court of Montenegro, dated September 19, 2024 (Exhibit M), and an English translation of that decision (Exhibit N), which the Government received this morning. Contrary to Kwon's representations seeking to undermine his extradition process, the decision reflects that Kwon received judicial process in Montenegro up to its highest court, which ultimately held that "final decision on the approval of extradition shall be made by the Minister of Justice of Montenegro." Ex. N at 7. Kwon was extradited to the United States following the decision of the Minister of Justice consistent with that decision.

The Government respectfully requests that the Court receive Exhibits K-L under seal to protect personal information pertaining to victims of Kwon's crimes.

Respectfully submitted,

JAY CLAYTON
United States Attorney

   /s/
Marguerite B. Colson
Sarah Mortazavi
Kimberly Ravener
Assistant United States Attorneys
(212) 637-2587/2520/2358